## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No. 24-01113-lmj11 |
| ) | |
| **DWIGHT ANTHONY REED, dba AON** ) | Chapter 11 (Converted from Chapter 13) |
| **STUDIOS, LLC,** ) | |
| ) | Subchapter V |
| Debtor and Debtor in Possession. ) | |
| ) | Hon. Lee M. Jackwig |
| 2901 Druid Hill Drive ) | |
| Des Moines, IA 50315 ) | **DEBTOR'S SMALL BUSINESS** |
| ) | **FINANCIAL DOCUMENTS** |
| ) | [Bankruptcy Code Section 1116(1)(A) |
| SSN:  xxx-xx-3233 ) | |
| EIN:  84-4899042 ) | No Hearing Set |

Comes Now, Dwight A. Reed, individually and doing business as AON Studios, LLC ("Debtors"), by and through their Proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq. of the law firm of Dickinson, Bradshaw, Fowler & Hagen, P.C., respectfully submit the requisite Bankruptcy Code Section 1116(1)(A) financial documents and statements.

DATED:  October 14, 2024

*/s/ Jeffrey Goetz*
Jeffrey D. Goetz, Esq., AT0002832
Dickinson Bradshaw Fowler & Hagen, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
jgoetz@dickinsonbradshaw.com

Proposed General Reorganization Counsel
for Dwight A. Reed, Debtor and Debtor in
Possession

### CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing:

*/s/      Nicholas Valley*

**AON Studios, LLC Statement of Income and Expense**
**January 1, 2024 Through September 30, 2024**

| | Jan 24 | Feb 24 | Mar 24 | Apr 24 | May 24 | June 24 | July 24 | Aug 24 | Sep 24 | ADJ | YTD TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Income $ | 40,683 | 90,246 | 83,109 | 1,189 | 18,576 | 4,073 | 8,010 | 41,260 | 14,345 | 40,000 | 341,491 |
| Other Income $ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | | 100,000 |
| **Total Income** $ | 40,683 | 90,246 | 83,109 | 1,189 | 18,576 | 4,073 | 8,010 | 41,260 | 114,345 | 40,000 | 441,491 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| Payroll $ | 11,337 | 17,455 | 28,772 | 1,029 | 129 | 0 | 0 | 0 | 0 | | 58,722 |
| **Total Cost of Goods Sold** $ | 11,337 | 17,455 | 28,772 | 1,029 | 129 | 0 | 0 | 0 | 0 | 0 | 58,722 |
| **Gross Profit** $ | 29,346 | 72,790 | 54,337 | 160 | 18,447 | 4,073 | 8,010 | 41,260 | 114,345 | 40,000 | 382,769 |
| **Expenses** | | | | | | | | | | | |
| Advertising $ | 0 | 235 | 100 | 25 | 0 | 0 | 0 | 63 | 895 | | 1,318 |
| Bank Fees $ | 585 | 433 | 913 | 493 | 88 | 0 | 0 | 316 | 383 | | 3,212 |
| Cash Withdrawals $ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | - |
| Checks Written $ | 18,939 | 53,781 | 28,995 | 0 | 3,500 | 0 | 0 | 0 | 0 | | 105,215 |
| Contractor Expenses $ | 254 | 0 | 0 | 0 | 0 | 196 | 137 | 479 | 618 | | 1,683 |
| Office Supplies $ | 0 | 161 | 54 | 0 | 577 | 0 | 0 | 56 | 190 | | 1,050 |
| Other Business Expenses $ | 889 | 22,853 | 4,650 | 122 | 5,295 | 3,649 | 1,786 | 15,751 | 13,768 | | 68,762 |
| Software & Subscriptions $ | 528 | 1,423 | 481 | 153 | 503 | 300 | 798 | 2,273 | 5,310 | | 11,768 |
| Wire Out $ | (23,073) | 22,003 | 16,682 | (726) | 7,862 | (1,858) | 1,840 | 2,788 | 57,739 | | 83,258 |
| Insurance $ | 0 | 0 | 0 | 0 | 0 | 0 | 629 | 664 | 318 | | 1,611 |
| Professional Services $ | 2,700 | 1,824 | 471 | 0 | 300 | 0 | 1,068 | 2,050 | 4,383 | | 12,796 |
| Telephones $ | 297 | 272 | 128 | 0 | 0 | 130 | 128 | 373 | 134 | | 1,463 |
| Loan Repayments $ | 134 | 442 | 171 | 0 | 0 | 0 | 0 | 0 | 8,554 | | 9,301 |
| Utilities $ | 607 | 0 | 954 | 268 | 449 | 0 | 603 | 1,164 | 1,259 | | 5,303 |
| **Total Expenses** $ | 1,859 | 103,428 | 53,599 | 334 | 18,574 | 2,430 | 6,989 | 25,978 | 93,549 | 0 | 306,740 |
| **Net Ordinary Income** $ | 27,487 | (30,638) | 738 | (174) | (127) | 1,644 | 1,021 | 15,282 | 20,796 | 40,000 | 76,029 |
| **Net Income** $ | 27,487 | (30,638) | 738 | (174) | (127) | 1,644 | 1,021 | 15,282 | 20,796 | 40,000 | 76,029 |