# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No. 24-01113-lmj11 |
| ) | |
| **DWIGHT ANTHONY REED,** ) | Chapter 11 (Subchapter V) |
| ) | |
| Debtor and Debtor in Possession ) | Hon. Lee M. Jackwig |
| ) | |
| 2901 Druid Hill Drive ) | **DEBTOR'S APPLICATION TO** |
| Des Moines, IA 50315 ) | **EMPLOY YING SA, CPA, AND** |
| ) | **COMMUNITY CPA & ASSOCIATES AS** |
| SSN: xxx-xx-3233 ) | **GENERAL REORGANIZATION** |
| EIN: 84-4899042 ) | **ACCOUNTANTS** |
| ) | |
| ) | No Hearing Set |

COMES NOW, Dwight Anthony Reed ("Debtor" or "Reed") Debtor and Debtor in Possession in this Chapter 11 case herein, by and through his duly employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Dickinson, Bradshaw, Fowler & Hagen, P.C., and respectfully files his Application to Employ Ying Sa, CPA, and Community CPA & Associates ("CCPA") as his General Reorganization Accountants, and would show this Honorable Court as follows:

1.  The Debtor filed his voluntary petition under Chapter 13 of the Bankruptcy Code (Docket No. 1) on August 2, 2024, (the "Petition Date") in the United States Bankruptcy Court, Southern District of Iowa, Case No. 24-01113-lmj13. Reed filed his Motion to Convert Chapter 13 Case to a Case Under Chapter 11 on August 27, 2024, (Docket Item 15), and Order Converting Case was entered September 23, 2024, (Docket Item 28). The Debtor is authorized to continue to operate and manage his business as Debtor in Possession pursuant to Bankruptcy Code §§ 1107 (a) and 1108.

2. Debtor wishes to retain and employ CCPA, in his individual capacity, and on behalf of his wholly-owned business entities, as a Certified Public Accountant licensed by the State of Iowa as his General Reorganization Accountant in this bankruptcy case at the expense of the estate, to assist the Debtor with general bookkeeping and accounting matters, to assist the Debtor with preparation of all related income and other tax-related matters, assist the Debtor with any and all other related financial and accounting reports and required filings, to assist the Debtor with his Plan of Reorganization, and to perform all other accounting services for the Debtor as Debtor in Possession which may be necessary in relation thereto, including compliance and monthly operating reports for the Court and the Office of the United States Trustee. Such employment shall be effective as of the date of the first service provided to the Debtor on December 1, 2024.

3. CCPA will render services to the Debtor under the terms as set forth in the Engagement Agreement attached hereto as Exhibit "A" and incorporated by reference herein. CCPA understands that any compensation is subject to approval of this Court and intends to apply in conformity with Bankruptcy Code §§ 330 and 331 for compensation and reimbursement for fees incurred and costs advanced.

**Services to be Rendered**

4. The Debtor requires the services of CCPA to render professional services in connection with the preparation of personal and business balance sheets, income statements, related financial documents, assisting the Debtor with Debtor's income tax returns, related tax documents, and any and all other related financial and accounting reports and required filings, formulation and preparation of a Plan of Reorganization, and to perform all other accounting services for the Debtor as Debtor-in-Possession which may be necessary in relation thereto.

CCPA believes that it does not have any interest adverse to the Debtor or his estate as that term is used in Bankruptcy Code § 327(a).  CCPA also believes that it is a disinterested person as that term is defined in Bankruptcy Code § 101(14).

### Professional Compensation

5. CCPA's services will be charged at an average rate of $350 per hour, and other firm staff will bill at their standard hourly rates ranging from $100 to $250 per hour.  CCPA's services also include billing for reasonable and customary out-of-pocket expenses, typically including postage, printing, telephone, copying, overnight delivery, research, travel, and similar costs.

6. CCPA has received a $3,600 post-petition retainer to guaranty payment of its services and costs in connection with Debtor's Chapter 11 case as General Reorganization Accountants, which will be held in its trust account.

7. CCPA has not been promised any compensation for professional services rendered or to be rendered in any capacity in connection with Debtor's Chapter 11 case, other than as permitted by the Bankruptcy Code.

8. CCPA has agreed not to share compensation received in connection with Debtor's Chapter 11 case with any other person, except as permitted by § 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among partners of CCPA.

### Disinterestedness of Professionals

9. CCPA does not represent and generally has not represented any individual or entity, in matters related to Debtor and his Chapter 11 case.

10. CCPA has undertaken a detailed search to determine, and to disclose, whether it represents or has represented any significant creditors or insiders of Debtor.  In connection with

3

its proposed retention by Debtor in this case, CCPA has conducted a search of their client database to determine whether they have any current or past relationships with any of Debtor's creditors or insiders. Except as set forth herein, CCPA does not have any connection with the Debtor, its affiliates, its creditors or insiders, or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

11. Except as otherwise set forth herein, and based on the database search described above, CCPA is not aware of any past or current representation of any other individual or entity which is a creditor or insider of Debtor. To the best of its knowledge and information, CCPA does not have any interest "adverse" to Debtor or its estate as that term is used in Bankruptcy Code § 327(a).

12. To the best of its knowledge and information, CCPA are "disinterested persons" as that term is defined in Bankruptcy Code § 101(14).

13. CCPA will conduct a continuing inquiry to ascertain whether there exists any situation that would affect its status as a person having no interest adverse to the Debtor or its estate or that would affect CCPA's status as disinterested persons. CCPA will file supplemental disclosures or affidavits with this Court at such time as any such additional disclosures are appropriate or required. At the conclusion of this case the Firm will file an appropriate final application seeking allowance of all fees and costs, regardless of whether interim compensation has been paid. Upon allowance of such fees and costs, the Debtor will pay the Firm the difference between the amount finally allowed and any interim compensation paid.

14. CCPA understands and agrees that the proposed compensation agreement is subject to Bankruptcy Code Section 328 which authorizes this Court to allow compensation

different from what is here provided, if the fee arrangement appears, in retrospect, to have been improvident in light of developments unanticipated at the outset. CCPA understands and agrees that if aggregate interim payments exceed the amount which is ultimately allowed, CCPA will be required to, and will promptly repay the difference to the estate.

15. CCPA requests that this Court enter an order modifying the time limitations of Bankruptcy Code Section 331 and permit the submission of interim fee applications on a 60-day basis rather than on the 120-day basis prescribed by that section.

WHEREFORE, the Debtor prays that he be authorized, pursuant to Bankruptcy Code Section 327 and Rule 2014(a) of the Bankruptcy Rules, and the terms of the Legal Services Agreement, to employ Ying Sa, CPA and Community CPA & Associates as its General Reorganization Accountants, with the compensation to be at the expense of the estate in such amounts as the Court may hereafter allow in accordance with the law; that CCPA be permitted to submit interim fee applications every 60 days; and for such other and further relief as the Court may deem just and equitable under the circumstances.

Dated: December 30, 2024                Respectfully submitted,

                                             */s/ Jeffrey D. Goetz*
                                             Jeffrey D. Goetz, Esq., AT0002832
                                             Dickinson Bradshaw Fowler & Hagen, PC
                                             801 Grand, Suite 3700
                                             Des Moines, IA  50309-8004
                                             515/ 246-5817
                                             515/ 246-5808 fax
                                             jgoetz@dickinsonbradshaw.com

                                             General Reorganization Counsel for
                                             Dwight A. Reed, Debtor and Debtor in Possession

I declare under penalty of perjury under the laws of the United States and the laws of the States of Iowa that I have reviewed the attached Application and to the best of my knowledge and information, I believe the statements therein to be true and correct.

DATED:  December 30, 2024         /s/     *Ying Sa*
                                  Community CPA & Associates
                                  Ying Sa, CPA, Managing Partner

'
CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                  /s/     *Nicholas Valley*

# Professional Service Agreement
## with
## AON STUDIO LLC

**Client Contact Information**
Address: 1725 E University Ave.
　　　　Des Moines, IA 50316
Email: dwightreed@aontv.com
Phone: 515-723-5379

**Community CPA Contact Information**
Partner, Client Services: Dan Kim
Cell Phone: 515-720-5872
Email: dan@communitycpa.com

Accounting Manager: Eileen Lee
Cell Phone: 515-414-5269
Email: eileen@communitycpa.com

**Community CPA Services:**

- Ongoing Monthly Financial Statement Services
    - ☒ Based on $600/Month
        - 1 Main Checking + Saving ($400)
        - 1 Checking + Saving ($100)
        - 1 CC ($100)
        - Any additional bank account will have an additional charge.

- Chapter 11 Assistance Filing
    - ☒ $1,000/Month - To include financial and accounting reports and required filings and assist Client with his Plan of Reorganization, including compliance and monthly operating reports for the court and the Office of the United States Trustee. The budgeted time for this work is no more than 4 hours each month. If additional hours are needed, the fee will be increased accordingly.

- Chapter 11 5-Year Business Projection
    - ☒ By Time, to include preparation of 5-years of projections of future income and expenses in support of client's Chapter 11 Plan

- Income Tax Services
    - ☒ Business Income Tax - preparation of income and other tax-related matters. Service fee will be billed by time.

    Billed by time services will be charged with the following rate:
    - $400/hour for Ying Sa, CEO & Managing Partner
    - $300/hour for Eileen Lee, Accounting Manager
    - $100 to $250/hour range for support staff and other accounting professionals

**Payment Method and Fees:**
Community CPA only accepts ACH payments. All invoices, including incidental and additional services invoices, are paid by ACH.

**Agreement**
This agreement shall commence upon signing and continue in full force and effect until service completion, unless terminated earlier. In the event of early termination by either party not in accordance with the terms specified here, the Client may be liable for service fees that were not billed and not recovered by the monthly service fee.

Upon expiration, the parties may choose to renew the agreement for successive periods by mutual written consent or in the absence of renewal, the agreement shall continue as previously agreed upon on month-by-month schedule.

Client personally agrees to pay and understands all services to be provided by Community CPA as outlined in this document. Client personally guarantees to pay Community CPA the above fees for services rendered.

_____                                  _____
Client Signature                                                                                        Date

Dan Kim                                                                                                    12-23-24
_____                                  _____
Community CPA                                                                                       Date

www.communitycpa.com    •    cpa@communitycpa.com