# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>**DWIGHT ANTHONY REED,**<br>    dba AON Studios, LLC;<br>    dba AON Meetings, LLC;<br>    dba Renovation Experts;<br>    fdba Apostolic Oneness Network, LLC<br><br>    Debtor and Debtor in Possession<br><br>2901 Druid Hill Drive<br>Des Moines, IA 50315<br><br>SSN: xxx-xx-3233<br>EIN: 84-4899042 | Case No. 24-01113-lmj11<br><br>Chapter 11 (Subchapter V)<br><br>Hon. Lee M. Jackwig<br><br>**DEBTOR'S FIRST AMENDMENT TO APPLICATION TO EMPLOY YING SA, CPA, AND COMMUNITY CPA & ASSOCIATES AS GENERAL REORGANIZATION ACCOUNTANTS**<br><br>Date: January 22, 2025<br>Time: 3:00 pm<br>Historic Courthouse, Rm 145 |

COMES NOW, Dwight A. Reed, ("Reed" or the "Debtor"), the Debtor and Debtor in Possession herein, by and through his duly employed General Reorganization Counsel, and respectfully files this First Amendment to his Application to Employ Ying Sa, CPA, and Community CPA and Associates dated December 30, 2024 (the "Application"), and would show this Honorable Court as follows:

1)    Section 2, Page 2, Paragraph 1, is deleted and replaced with the following:

"Debtor wishes to retain and employ CCPA, in his individual capacity, and on behalf of his wholly-owned business entities AON Studios, LLC, Renovation Experts, and AON Meetings, LLC, as a Certified Public Accountant licensed by the State of Iowa as his General Reorganization Accountants in this bankruptcy case at the expense of the estate, to assist the Debtor and his businesses with general bookkeeping and accounting matters, to assist the Debtor and his businesses with preparation of all related income and other tax-related matters, assist the Debtor and his businesses with any and all other related financial and accounting reports and required filings, to assist the Debtor and his businesses with his Plan of Reorganization, and to perform all other accounting services for the Debtor as Debtor in Possession which may be necessary in relation thereto, including compliance and monthly operating reports for the Court and the Office of the United States Trustee.  Such employment shall be effective as of the date of the first service provided to the Debtor on December 16, 2024."

2) Section 3, Page 2, Paragraph 1 is deleted and replaced with the following:

"CCPA will render services to the Debtor under the terms as set forth in the Amended Engagement Agreement attached hereto as Exhibit "A" and incorporated by reference herein. CCPA understands that any compensation is subject to approval of this Court and intends to apply in conformity with Bankruptcy Code §§ 330 and 331 for compensation and reimbursement for fees incurred and costs advanced."

3) Section 5, Page 3, Paragraph 1 is deleted and replaced with the following:

"CCPA's services will be charged at an hourly rate. Ying Sa will charge a rate of $400 per hour, Eileen Lee will charge a rate of $300 per hour, and other firm staff will bill at their standard hourly rates ranging from $100 to $250 per hour. CCPA's services also include billing for reasonable and customary out-of-pocket expenses, typically including postage, printing, telephone, copying, overnight delivery, research, travel, and similar costs."

Dated: January 19, 2025                Respectfully submitted,

/s/ Jeffrey D. Goetz
Jeffrey D. Goetz, Esq., AT0002832
Dickinson Bradshaw Fowler & Hagen, PC
801 Grand, Suite 3700
Des Moines, IA  50309-8004
515/ 246-5817
515/ 246-5808 fax
jgoetz@dickinsonbradshaw.com

General Reorganization Counsel
for Dwight A. Reed,
Debtor and Debtor in Possession

CERTIFICATE OF SERVICE

This document with attachment was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/     Nicholas Valley

2

# Professional Service Agreement
## with
## DWIGHT REED AND AON STUDIO LLC

**Client Contact Information**
Client Name: Dwight Reed, Individually;
 And doing business as, and on behalf of, his wholly owned LLC,
  AON Studio LLC, as debtors and debtors in possession
Address: 2901 Druid Hill Dr.,
 Des Moines, IA 50315
Email: dwightreed@aontv.com
Phone: 515-723-5379

**Community CPA Contact Information**
Partner, Client Services: Dan Kim
Cell Phone: 515-720-5872
Email: dan@communitycpa.com

Accounting Manager: Eileen Lee
Cell Phone: 515-414-5269
Email: eileen@communitycpa.com

**Community CPA Services:**

- Ongoing Monthly Financial Statement Services
  - ☒ Based on time/Month
    - 1 Main Checking + Saving
    - 1 Checking + Saving
    - 1 CC
    - Any additional bank account will be additional charged by time.

- Chapter 11 Assistance Filing
  - ☒ $1,000/Month - To include financial and accounting reports and required filings and assist Client with his Plan of Reorganization, including compliance and monthly operating reports for the court and the Office of the United States Trustee. The budgeted time for this work is no more than 4 hours each month. If additional hours are needed, the fee will be increased accordingly.

- Chapter 11 5-Year Business Projection
  - ☒ By Time, to include preparation of 5-years of projections of future income and expenses in support of client's Chapter 11 Plan.

- Income Tax Services
  - ☒ Business Income Tax - preparation of income and other tax-related matters. Service fees will be billed by time.

- Any Other Consultation/Billed by Time Services will be charged with the following rate:
  - ☒ $400/hour for Ying Sa, CEO & Managing Partner

www.communitycpa.com • cpa@communitycpa.com

☒ $300/hour for Eileen Lee, Accounting Manager
☒ $100 to $250/hour range for supporting staff and other accounting professionals

**Payment Method and Fees:**
Community CPA only accepts ACH payments. All invoices, including incidental and additional services invoices, are paid by ACH.

**Agreement**
This agreement shall commence upon signing and continue in full force and effect until service completion, unless terminated earlier. In the event of early termination by either party not in accordance with the terms specified here, the Client may be liable for service fees that were not billed and not recovered by the monthly service fee.

Upon expiration, the parties may choose to renew the agreement for successive periods by mutual written consent or in the absence of renewal, the agreement shall continue as previously agreed upon on month-by-month schedule.

Client personally agrees to pay and understands all services to be provided by Community CPA as outlined in this document. Client personally guarantees to pay Community CPA the above fees for services rendered.

_____           _____
Client Signature                                  Date


Dan Kim                                           12-16-24
_____           _____
Community CPA                                     Date

www.communitycpa.com    •    cpa@communitycpa.com