**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Dwight Reed, | ) | Case No.  24-01113 |
| | ) | |
| Debtors-in-Possession. | ) | |
| | ) | |

**MOTION TO APPEAR VIA TELEPHONE**

COMES NOW, Douglas D. Flugum the Chapter 11 Sub Chapter V Trustee, request that I be allowed to attend the hearing on 1/22/2025 at 3:00 PM by telephone.  In support of this request, I state as follows:

1. I am currently traveling in Arizona but am able to attend telephonically and or by video.

2. I do not intend to offer any evidence or make any arguments and will only be participating in the hearing to listen and if needed answer any unplanned questions if asked.

3. In an effort to save time and expense associated with travel to attend the hearing, I requests permission to appear telephonically at the hearing in lieu of flying and appearing personally at the hearing.

4. Based on the foregoing, the undersigned respectfully requests permission for Douglas D. Flugum the Chapter 11, Sub Chapter V Trustee to appear via telephone for the January 22, 2025, hearing.

WHEREFORE, Douglas D. Flugum respectfully requests permission to appear by telephone for the January 22, 2025, hearing and requests any and all other relief the Court deems just and equitable under the circumstances.

Dated: 1/21/2025                               /s/_Douglas D. Flugum__