## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Case No. 24-01113-lmj11 |
| **DWIGHT ANTHONY REED,** | Chapter 11 (Subchapter V) |
|   dba AON Studios, LLC, | (Converted from Chapter 13) |
|   dba AON Meetings, LLC | |
|   dba Renovation Experts | Hon. Lee M. Jackwig |
|   fdba Apostolic Oneness Network, LLC | |
| | **DEBTOR'S WITHDRAWAL OF HIS** |
| Debtor and Debtor in Possession. | **SECOND MOTION TO EXTEND** |
| | **DEADLINE TO FILE PLAN** |
| 2901 Druid Hill Drive | |
| Des Moines, IA 50315 | |
| | |
| SSN: xxx-xx-3233 | |
| EIN: 84-489042 | |

**COMES NOW**, Dwight A. Reed, Debtor and Debtor in Possession (the "Debtor") herein, by and through his duly-employed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Dickinson, Bradshaw, Fowler & Hagen, P.C., and hereby respectfully withdraws his pending Second Motion to Extend the Deadline to File the Plan of Reorganization (Docket Item 80).

On January 14, 2025, Debtor filed a Second Motion to Extend Deadline for Filing Plan. Later that day, the United States Trustee filed an Objection to Debtor's Second Motion to Extend Deadline for Filing Plan (Docket Item 82). On January 15, 2025, this Court entered an Order setting a hearing to be held on January 22, 2025, to hear the Debtor's Motion to Extend Deadline (Docket Item 80) and Objection thereto (Docket Item 82).

On Tuesday, January 21, 2025, the Debtor filed his Plan of Reorganization Dated January 21, 2025, at Docket Item 88, thus negating the Debtor's need for any further extension of time to file same.

Therefore, the Debtor respectfully withdraws his Second Motion to Extend Deadline and requests the Court remove said hearing on the Motion from the Docket, and for such other and further relief as appropriate and equitable under the circumstances.

Dated:  January 22, 2025

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., AT0002832
Brennan B. Eddie, Esq. AT0015727
Dickinson, Bradshaw, Fowler & Hagen, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/ 246-5817
515/ 246-5808 fax
jgoetz@dickinsonbradshaw.com
beddie@dickinsonbradshaw.com
Counsel for Dwight Reed,
Debtor and Debtor in Possession

CERTIFICATE OF SERVICE:

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/ *Jeffrey D. Goetz*