# AON Studios, LLC

## Profit and Loss

November 2024

|  | TOTAL |
|---|---|
| Income |  |
|   Discounts given | -105.00 |
|   Sales | 10,999.46 |
| **Total Income** | **$10,894.46** |
| **GROSS PROFIT** | **$10,894.46** |
| Expenses |  |
|   Advertising and Promotion | -336.45 |
|   Automobile Expense | 454.67 |
|   Bank Service Charges | 59.00 |
|   Contract Labor | 4,610.00 |
|   Insurance Expense | 318.32 |
|   Meals and Entertainment | 805.17 |
|   Office Supplies | 131.25 |
|   Professional Fees | 197.40 |
|   QuickBooks Payments Fees | 25.23 |
|   Software Subscription | 768.41 |
|   Telephone Expense | 659.72 |
| **Total Expenses** | **$7,692.72** |
| **NET OPERATING INCOME** | **$3,201.74** |
| Other Expenses |  |
|   Ask My Accountant | 0.00 |
| **Total Other Expenses** | **$0.00** |
| **NET OTHER INCOME** | **$0.00** |
| **NET INCOME** | **$3,201.74** |

# AON Studios, LLC

## A/R Aging Summary

### As of November 30, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Caldwell Funeral Home | 420.00 | | | | | $420.00 |
| CATIF | 450.00 | | | | | $450.00 |
| Christ Apostolic Temple, Inc. | | | | | 475.00 | $475.00 |
| Dignity Memorial | | | | | | $0.00 |
| Stevens Memorial Chapel | | | | | 410.80 | $410.80 |
| **Total Dignity Memorial** | | | | | **410.80** | **$410.80** |
| Hamilton's Funeral Home Inc. | 420.00 | 1,060.00 | 795.00 | 600.00 | | $2,875.00 |
| Hamilton's Altoona Funeral Home | | 420.00 | | | | $420.00 |
| Hamilton's Highland | 300.00 | 420.00 | 300.00 | | | $1,020.00 |
| Hamilton's on Westown Parkway | 1,680.00 | | 600.00 | | 45.00 | $2,325.00 |
| Hamilton's Southtown | | | | 300.00 | | $300.00 |
| **Total Hamilton's Funeral Home Inc.** | **2,400.00** | **1,900.00** | **1,695.00** | **900.00** | **45.00** | **$6,940.00** |
| Iowa Funeral Planning | | | | | | $0.00 |
| Merle Hay Funeral Home | | | | | -375.00 | $ -375.00 |
| **Total Iowa Funeral Planning** | | | | | **-375.00** | **$ -375.00** |
| JWReed Christian Academy | | | | | 5,000.00 | $5,000.00 |
| PruShea Trucking, LLC | | | | | 500.00 | $500.00 |
| TechMobility Productions, Inc. | 500.00 | 625.00 | 875.00 | 500.00 | 3,500.00 | $6,000.00 |
| **TOTAL** | **$3,770.00** | **$2,525.00** | **$2,570.00** | **$1,400.00** | **$9,555.80** | **$19,820.80** |

Please note JW Reed Christian Academy AR should include under personal, not under Aon Studio.
Correct AR amount as of November is $14,820.80

 **MERCURY**

November 2024 statement
November 1–November 30, 2024 (30 days)
All dates in UTC

## Aon studios LLC

1725 East University Avenue
Des Moines, IA 50316

EIN ··9042

### Account details

| | |
|---|---|
| Account type | Checking |
| Account number | 202470208049 |
| Routing number | 091311229 |

### Account activity

| | |
|---|---|
| Beginning balance | $319.77 |
| Total withdrawals | −$14,711.31 |
| Total deposits | $14,489.61 |
| Statement balance | $98.07 |

Banking services provided by Choice Financial Group, Member FDIC
Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Nov 01 | Trafficfans | ··9319 | −$140.00 | |
| | Facebook | ··5593 | −$10.66 | |
| | LinkedIn | ··9319 | −$5.45 | $163.66 |
| Nov 02 | Kum & Go | ··9319 | −$60.19 | |
| | Cash App | ··9319 | $88.59 | $192.06 |
| Nov 03 | Linkedads | ··9319 | $497.00 | |
| | Microsoft | ··9319 | −$7.48 | |
| | Long John Silver's | ··9319 | −$22.45 | |
| | Hy-Vee | ··9319 | −$9.00 | |
| | Dunkin' Donuts | ··9319 | −$3.21 | $646.92 |
| Nov 05 | Upwork | ··9319 | −$63.00 | |
| | Cash App | ··9319 | $95.55 | |
| | Motail & Spaw | ··9319 | −$45.10 | |
| | Dunkin' Donuts | ··9319 | −$4.39 | |
| | Hy-Vee | ··9319 | −$151.26 | |
| | Tobacco Outlet Plus Grocery | ··9319 | −$64.24 | $414.48 |
| Nov 06 | Sa_Justdone.ai | ··9319 | −$39.99 | |
| | Kroger | ··9319 | −$11.46 | $363.03 |
| Nov 07 | QuikTrip | ··9319 | −$40.00 | |
| | Starbucks | ··9319 | −$27.34 | |
| | Adobe | ··9319 | −$21.19 | |
| | Casey's | ··9319 | −$38.44 | $236.06 |
| Nov 09 | Kum & Go | ··9319 | $0.60 | |
| | Dunkin' Donuts | ··9319 | −$3.28 | $233.38 |
| Nov 10 | QuickBooks | ··9319 | −$99.00 | $134.38 |
| Nov 11 | Cash App | ··9319 | $144.23 | $278.61 |
| Nov 12 | Upwork | ··9319 | −$63.00 | |
| | INTUIT 12130843 | ← ACH In | $843.75 | |
| | Good Eatins | ··9319 | −$49.22 | |
| | INTUIT 32939293 | → ACH Pull | −$25.23 | $984.91 |

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Nov 13 | Cash Saver 1303 | ··9319 | −$7.68 | |
| | T-Mobile | ··9319 | −$265.00 | |
| | Dunkin' Donuts | ··9319 | −$2.94 | |
| | Withrodeo | ··9319 | −$150.00 | |
| | Hy-Vee | ··9319 | −$144.50 | |
| | Brew | ··9319 | −$42.84 | $371.95 |
| Nov 14 | Hy-Vee | ··9319 | −$65.35 | $306.60 |
| Nov 15 | Casey's | ··9319 | $0.38 | |
| | Amazon | ··9319 | −$18.18 | |
| | Amazon | ··9319 | −$29.95 | |
| | Casey's | ··9319 | −$58.38 | |
| | McDonald's | ··9319 | −$13.54 | |
| | Walmart | ··9319 | −$32.28 | |
| | LinkedIn | ··9319 | −$22.70 | $131.95 |
| Nov 16 | SiriusXM | ··9319 | −$12.96 | |
| | Dunkin' Donuts | ··9319 | −$2.94 | $116.05 |
| Nov 19 | Starbucks | ··9319 | −$9.10 | |
| | Dunkin' Donuts | ··9319 | −$2.94 | |
| | Cash App | ··9319 | $47.90 | $151.91 |
| Nov 20 | Upwork | ··9319 | −$63.00 | |
| | Cash App | ··9319 | $95.55 | |
| | Hamiltons | Check Deposit | $420.00 | $604.46 |
| Nov 21 | Journalist AI | ··9319 | −$59.00 | |
| | LinkedIn | ··9319 | −$121.80 | $423.66 |
| Nov 22 | Apollo.io | ··9319 | −$99.00 | |
| | Mister Car Wash | ··9319 | −$35.30 | |
| | Black Thai Honey | ··9319 | −$56.73 | |
| | Hy-Vee | ··9319 | −$91.49 | $141.14 |
| Nov 23 | Marathon | ··9319 | −$75.00 | |
| | McDonald's | ··9319 | −$12.38 | $53.76 |

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Nov 24 | Cash App | ··9319 | −$50.00 | $3.76 |
| Nov 26 | INTUIT 48328993 | ← ACH In | $7,000.00 | |
| | Transfer to Mercury Savings ··8315 | ⇄ Transfer Out | −$6,000.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $220.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $200.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $150.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $130.00 | $1,703.76 |
| Nov 27 | Cash App | ··9319 | −$900.00 | |
| | Cash App | ··9319 | −$100.00 | |
| | Cash App | ··9319 | −$60.00 | |
| | Calendly | ··9319 | −$42.80 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $1,000.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $450.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $50.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $100.00 | |
| | Cash App | ··9319 | −$150.00 | |
| | Progressive | ··9319 | −$318.32 | |
| | Cash App | ··9319 | −$100.00 | |
| | Cash App | ··9319 | −$1,440.00 | |
| | Cash App | ··9319 | −$50.00 | |
| | Hy-Vee | ··9319 | −$129.89 | |
| | Upwork | ··9319 | −$8.40 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $1,700.00 | |
| | GOOGLE | ← ACH In | $0.06 | $1,704.41 |
| Nov 28 | Horseshoe Council Bluf | ··9319 | −$1,665.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $100.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $500.00 | |
| | 610937 | ··9319 | −$502.00 | $137.41 |
| Nov 29 | SEOCLERKS.COM | ··9319 | −$16.00 | |
| | Diib Seo Tool | ··9319 | −$48.99 | |

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | Noah's Ark Ristorante | ▭ ··9319 | −$38.42 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $160.00 | |
| | 610937 | ▭ ··9319 | −$162.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $100.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $55.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $281.00 | |
| | MEDIACOM BB | → ACH Pull | −$281.25 | $186.75 |
| Nov 30 | SERPLY.NET | ▭ ··9319 | −$32.00 | |
| | Transfer from Mercury Savings ··8315 | ⇄ Transfer In | $60.00 | |
| | Dunkin' Donuts | ▭ ··9319 | −$3.21 | |
| | T-Mobile | ▭ ··9319 | −$113.47 | $98.07 |

| Total | | | | $98.07 |
|---|---|---|---|---|



## Aon studios LLC

1725 East University Avenue
Des Moines, IA 50316

EIN ••9042

### Account details

| | |
|---|---|
| Account type | Savings |
| Account number | 202474148315 |
| Routing number | 091311229 |

### Account activity

| | |
|---|---|
| Beginning balance | $0.00 |
| Total withdrawals | −$5,256.00 |
| Total deposits | $6,000.00 |
| Statement balance | $744.00 |

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Nov 26 | Transfer from Mercury Checking ••8049 | ⇄ Transfer In | $6,000.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$220.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$200.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$150.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$130.00 | $5,300.00 |
| Nov 27 | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$1,000.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$450.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$50.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$100.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$1,700.00 | $2,000.00 |
| Nov 28 | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$100.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$500.00 | $1,400.00 |
| Nov 29 | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$160.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$100.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$55.00 | |
| | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$281.00 | $804.00 |
| Nov 30 | Transfer to Mercury Checking ••8049 | ⇄ Transfer Out | −$60.00 | $744.00 |
| **Total** | | | | $744.00 |

PLEASE SEE NOTICE BELOW FOR UPDATED TERMS OF SERVICE, NEW SERVICE, FEES, AND LIMITS

**November 2024**
Account Statement

Cash App
1955 Broadway, Suite 600
Oakland, CA 94612

Christ Apostolic Temple Inc
1230 East 17th Street
Des Moines, IA 50316

| Balance on Nov 1 | | Change this month | | Balance on Nov 30 |
|---|---|---|---|---|
| **$0.00** | - | **$0.00** | = | **$0.00** |

| | |
|---|---|
| Money In | + $6,487.47 |
| Money Out | - $6,487.47 |
| Fees | - $183.26 |



**November 2024**

Account Statement

## Transactions

| Date | Description | Details | Fee | Amount |
|------|-------------|---------|-----|--------|
| Nov 1 | From Glenda L Hawkins, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 1 | From Julia Clark, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 1 | From John Williams, including processing fee | Cash App payment | $0.55 | + $19.45 |
| Nov 1 | From John Williams, including processing fee | Cash App payment | $25.46 | + $900.54 |
| Nov 1 | To Charles Burrell | Cash App payment | $0.00 | $1,000.00 |
| Nov 1 | From Amber Hill, including processing fee | Cash App payment | $2.06 | + $72.94 |
| Nov 2 | To MasterCard Debit 9319 x9319 | Instant transfer | $1.58 | $90.17 |
| Nov 4 | From Lisa Johnson, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 5 | To MasterCard Debit 9319 x9319 | Instant transfer | $1.70 | $97.25 |
| Nov 8 | From Sherrie, including processing fee | Cash App payment | $5.50 | + $194.50 |
| Nov 8 | From Jacina Harrison, including processing fee | Cash App payment | $8.25 | + $291.75 |
| Nov 8 | From Jordan Reed, including processing fee | Cash App payment | $0.82 | + $29.18 |
| Nov 8 | From Paul Weatherly, including processing fee | Cash App payment | $5.50 | + $194.50 |
| Nov 9 | To Aon | Cash App payment | $0.00 | $500.00 |



**November 2024**

Account Statement

## Transactions

| Date | Description | Details | Fee | Amount |
|------|-------------|---------|-----|--------|
| Nov 9 | To Aon | Cash App payment | $0.00 | $209.00 |
| Nov 10 | From Jayrian Hill, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 10 | From Anthony Higgins, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 11 | To MasterCard Debit 9319 x9319 | Instant transfer | $2.57 | $146.80 |
| Nov 15 | From Diane Bryant, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 15 | From Garrison, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 15 | From Cory Bauer, including processing fee | Cash App payment | $0.55 | + $19.45 |
| Nov 15 | From Chani Bauer, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 15 | From Sherrie, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 15 | From Michelle Russell, including processing fee | Cash App payment | $0.82 | + $29.18 |
| Nov 15 | From Jacina Harrison, including processing fee | Cash App payment | $6.88 | + $243.12 |
| Nov 15 | From Sawanda Stephenson, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 15 | From Lisa Johnson, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 15 | From Denise Drayton, including processing fee | Cash App payment | $1.38 | + $48.62 |



**November 2024**

Account Statement

## Transactions

| Date | Description | Details | Fee | Amount |
|------|-------------|---------|-----|--------|
| Nov 15 | From Bianca, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 15 | From Raya Tillman, including processing fee | Cash App payment | $0.28 | + $9.72 |
| Nov 15 | To Jordan Reed | Cash App payment | $0.00 | $250.00 |
| Nov 15 | From Julia Clark, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 15 | From Julia Clark, including processing fee | Cash App payment | $1.38 | + $48.62 |
| Nov 16 | To Chaiwneca Brown | Cash App payment | $0.00 | $732.00 |
| Nov 16 | From Amber Hill, including processing fee | Cash App payment | $2.06 | + $72.94 |
| Nov 16 | To Chaiwneca Brown | Cash App payment | $0.00 | $73.00 |
| Nov 16 | From Glenda L Hawkins, including processing fee | Cash App payment | $0.69 | + $24.31 |
| Nov 17 | From Ivory, including processing fee | Cash App payment | $0.69 | + $24.31 |
| Nov 19 | To MasterCard Debit 9319 x9319 | Instant transfer | $0.85 | $48.75 |
| Nov 20 | From Jordan Reed, including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 20 | To MasterCard Debit 9319 x9319 | Instant transfer | $1.70 | $97.25 |
| Nov 20 | From Leon Melton , including processing fee | Cash App payment | $2.75 | + $97.25 |



**November 2024**

Account Statement

## Transactions

| Date | Description | Details | Fee | Amount |
|------|-------------|---------|-----|--------|
| Nov 20 | To Aon | Cash App payment | $0.00 | $97.00 |
| Nov 22 | From Leon Melton , including processing fee | Cash App payment | $5.50 | + $194.50 |
| Nov 22 | From Leon Melton , including processing fee | Cash App payment | $2.75 | + $97.25 |
| Nov 22 | From Sharon Jackson, including processing fee | Cash App payment | $22.00 | + $778.00 |
| Nov 22 | To Aon | Cash App payment | $0.00 | $1,070.00 |
| Nov 23 | To Jordan Reed from Choice Financial Group x9319 | Cash App payment | $0.00 | $50.00 |
| Nov 26 | To Leon Melton from Choice Financial Group x9319 | Cash App payment | $0.00 | $900.00 |
| Nov 26 | To Jordan Reed from Choice Financial Group x9319 | Cash App payment | $0.00 | $100.00 |
| Nov 26 | To Jordan Reed from Choice Financial Group x9319 | Cash App payment | $0.00 | $60.00 |
| Nov 26 | To Aon from Choice Financial Group x9319 | Cash App payment | $0.00 | $150.00 |
| Nov 26 | From Sharon Jackson, including processing fee | Cash App payment | $13.75 | + $486.25 |
| Nov 26 | From Choice Financial Group x9319 | Standard transfer | $0.00 | + $1,440.00 |
| Nov 26 | From Choice Financial Group x9319 | Standard transfer | $0.00 | + $50.00 |
| Nov 26 | To Visa Debit 0572 x0572 | Instant transfer | $34.58 | $1,976.25 |



**November 2024**

Account Statement

## Transactions

| Date | Description | Details | Fee | Amount |
|------|-------------|---------|-----|--------|
| Nov 26 | From Choice Financial Group x9319 | Standard transfer | $0.00 | + $100.00 |
| Nov 26 | To Visa Debit 0572 x0572 | Instant transfer | $1.75 | $100.00 |



**November 2024**

Account Statement

All transactions shown in Eastern Time

In case of errors or questions about your Account you can:

a. Contact us through your Account in the App:

- Tap the profile icon › Support › Something Else
- If it's a Cash App Card Dispute:
  - Tap **Cash App Card** › **Dispute a Purchase** › Tap **Start a Dispute** to move forward
  - Select the Cash App Card transaction you'd like to dispute and follow the prompts
  - Please note: if you have multiple claims you will have to submit those claims separately as you can only select one transaction at a time.
- If it's any other type of dispute, select **Contact Support.**

b. Call us at 1-800-969-1940,

c. Write us at Cash Disputes, 1955 Broadway, Suite 600, MSC 211, Oakland, CA 94612.

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. You can report an error up to 60 days after the date we sent you the first statement on which you believe the error occurred.

In order for us to investigate your claim, you will need to provide:

- Your name and Account information (including $Cashtag, email and/or phone number);
- Why you believe there is an error,
- The dollar amount involved; and
- Approximately when the error took place.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Brokerage services by Cash App Investing LLC, member FINRA / SIPC. Investing involves risk; you may lose money. Bitcoin trading is offered by Cash App. Cash App Investing does not trade bitcoin and Cash App is not a member of FINRA or SIPC.

This is not a brokerage account statement. Stock and securities activity is reflected in this statement for purposes of your non-brokerage Cash App activity only. Please see your Cash App Investing account statements for details on your brokerage account activity.



**November 2024**

Account Statement

**NOTICE OF UPDATE TO TERMS OF SERVICE - BANK TRANSFER / DIRECT DEPOSIT LIMITS**

Effective Jan 15, 2025, the Bank Transfer and Direct Deposit limits for Sponsored Accounts will be updated. Sponsored Accounts will have a maximum limit of $5,000 per day and a cumulative limit of $10,000 over any rolling 30-day period for both Bank Transfers and Direct Deposits.

| **041 215 663** | **13 288 8262 5027** | **SUTTON** |
|---|---|---|
| Routing Number | Account Number | Issuing Bank |

## AON Studios, LLC

### Transaction Report

November 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Mercury Checking #8049 | | | | | | | | | |
| Beginning Balance | | | | | | | | | 319.77 |
| 11/01/2024 | Expense | | No | Facebook | Facebook; FACEBK *ZF68RDY5P2 | Mercury Checking #8049 | Advertising and Promotion | -10.66 | 309.11 |
| 11/01/2024 | Expense | | No | | TRAFFICFANS | Mercury Checking #8049 | Software Subscription | -140.00 | 169.11 |
| 11/01/2024 | Expense | | No | LinkedIn | LinkedIn Ads 100102167 | Mercury Checking #8049 | Advertising and Promotion | -5.45 | 163.66 |
| 11/02/2024 | Expense | | No | Kum & Go | Kum & Go; KUM&GO 1046R WALNUT | Mercury Checking #8049 | Automobile Expense | -60.19 | 103.47 |
| 11/02/2024 | Deposit | | No | | CASH APP*CHRIST APOSTO | Mercury Checking #8049 | Sales | 88.59 | 192.06 |
| 11/03/2024 | Deposit | | No | | LINKEDADS | Mercury Checking #8049 | Advertising and Promotion | 497.00 | 689.06 |
| 11/03/2024 | Expense | | No | Microsoft | Microsoft*Microsoft 36 | Mercury Checking #8049 | Software Subscription | -7.48 | 681.58 |
| 11/03/2024 | Expense | | No | | Long John Silver's; LJS #70323 | Mercury Checking #8049 | Meals and Entertainment | -22.45 | 659.13 |
| 11/03/2024 | Expense | | No | | Dunkin'; DUNKIN #351369 | Mercury Checking #8049 | Owners Draw | -3.21 | 655.92 |
| 11/03/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Mercury Checking #8049 | Meals and Entertainment | -9.00 | 646.92 |
| 11/05/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Mercury Checking #8049 | Meals and Entertainment | -151.26 | 495.66 |
| 11/05/2024 | Expense | | No | | Dunkin'; DUNKIN #351231 | Mercury Checking #8049 | Owners Draw | -4.39 | 491.27 |
| 11/05/2024 | Deposit | | No | | CASH APP*CHRIST APOSTO | Mercury Checking #8049 | Sales | 95.55 | 586.82 |
| 11/05/2024 | Expense | | No | Upwork | UPWORK * -749904186 | Mercury Checking #8049 | Professional Fees | -63.00 | 523.82 |
| 11/05/2024 | Expense | | No | | Tobacco Outlet Plus Grocery; TOBACCO HUT PLUS US GA | Mercury Checking #8049 | Owners Draw | -64.24 | 459.58 |
| 11/05/2024 | Expense | | No | | MOTAIL & SPAW | Mercury Checking #8049 | Owners Draw | -45.10 | 414.48 |
| 11/06/2024 | Expense | | No | | SA_justdone.ai | Mercury Checking #8049 | Software Subscription | -39.99 | 374.49 |
| 11/06/2024 | Expense | | No | Kroger | KROGER #3 1389 US 127 | Mercury Checking #8049 | Owners Draw | -11.46 | 363.03 |
| 11/07/2024 | Expense | | No | Starbucks | STARBUCKS STORE 1055 | Mercury Checking #8049 | Owners Draw | -27.34 | 335.69 |
| 11/07/2024 | Expense | | No | Casey's | Casey's; CASEYS #3915 | Mercury Checking #8049 | Automobile Expense | -38.44 | 297.25 |
| 11/07/2024 | Expense | | No | Adobe | ADOBE *ADOBE | Mercury Checking #8049 | Software Subscription | -21.19 | 276.06 |
| 11/07/2024 | Expense | | No | | QuikTrip; QT 559 INSIDE | Mercury Checking #8049 | Automobile Expense | -40.00 | 236.06 |
| 11/09/2024 | Expense | | No | | Dunkin'; DUNKIN #364730 | Mercury Checking #8049 | Owners Draw | -3.28 | 232.78 |
| 11/09/2024 | Deposit | | No | Kum & Go | Kum & Go; RBT KUM&GO 1046R WALNU | Mercury Checking #8049 | Automobile Expense | 0.60 | 233.38 |
| 11/10/2024 | Expense | | No | QuickBooks Payments | QuickBooks; INTUIT *QBooks Online | Mercury Checking #8049 | Software Subscription | -99.00 | 134.38 |
| 11/11/2024 | Deposit | | No | Heidi Vermeer-Quist | System-recorded deposit for QuickBooks Payments | Mercury Checking #8049 | Undeposited Funds | 843.75 | 978.13 |
| 11/11/2024 | Expense | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | Mercury Checking #8049 | QuickBooks Payments Fees | -25.23 | 952.90 |
| 11/11/2024 | Deposit | | No | | CASH APP*CHRIST APOSTO | Mercury Checking #8049 | Sales | 144.23 | 1,097.13 |
| 11/12/2024 | Expense | | No | | SQ *GOOD EATINS | Mercury Checking #8049 | Meals and Entertainment | -49.22 | 1,047.91 |
| 11/12/2024 | Expense | | No | Upwork | UPWORK * -752065853 | Mercury Checking #8049 | Professional Fees | -63.00 | 984.91 |
| 11/13/2024 | Expense | | No | | Cash Saver 1303; CASH SAVER #34 | Mercury Checking #8049 | Meals and Entertainment | -7.68 | 977.23 |
| 11/13/2024 | Expense | | No | | BREW 80 - WEST | Mercury Checking #8049 | Automobile Expense | -42.84 | 934.39 |
| 11/13/2024 | Expense | | No | | Dunkin'; DUNKIN #351369 | Mercury Checking #8049 | Owners Draw | -2.94 | 931.45 |
| 11/13/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Mercury Checking #8049 | Meals and Entertainment | -144.50 | 786.95 |
| 11/13/2024 | Expense | | No | T-Mobile | T-Mobile; TMOBILE*POSTPAID PDA | Mercury Checking #8049 | Telephone Expense | -265.00 | 521.95 |
| 11/13/2024 | Expense | | No | | Withrodeo; KAYLIN AI - SOFTWARE | Mercury Checking #8049 | Software Subscription | -150.00 | 371.95 |
| 11/14/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Mercury Checking #8049 | Meals and Entertainment | -65.35 | 306.60 |
| 11/15/2024 | Expense | | No | Walmart | Walmart; WM SUPERCENTER #892 | Mercury Checking #8049 | Office Supplies | -32.26 | 274.32 |
| 11/15/2024 | Expense | | No | | MCDONALD'S F18744 | Mercury Checking #8049 | Meals and | -13.54 | 260.78 |

# AON Studios, LLC

## Transaction Report

### November 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/2024 | Expense | | No | LinkedIn | LinkedIn Ads 100388441 | Checking #8049 Mercury | Entertainment Advertising and Promotion | -22.70 | 238.08 |
| 11/15/2024 | Expense | | No | Casey's | Casey's; CASEYS #6127 | Checking #8049 Mercury | Automobile | -58.38 | 179.70 |
| 11/15/2024 | Expense | | No | Amazon | AMAZON MKTPLACE PMTS | Checking #8049 Mercury | Office Supplies | -18.18 | 161.52 |
| 11/15/2024 | Expense | | No | Amazon | AMAZON MKTPLACE PMTS | Checking #8049 Mercury | Office Supplies | -29.95 | 131.57 |
| 11/15/2024 | Deposit | | No | | Casey's; RBT CASEYS #3915 | Checking #8049 Mercury | Automobile Expense | 0.38 | 131.95 |
| 11/16/2024 | Expense | | No | | SXM*SIRIUSXM.COM/ACCT | Checking #8049 Mercury | Software Subscription | -12.96 | 118.99 |
| 11/16/2024 | Expense | | No | | Dunkin'; DUNKIN #351369 | Checking #8049 Mercury | Owners Draw | -2.94 | 116.05 |
| 11/19/2024 | Deposit | | No | | CASH APP*CHRIST APOSTO | Checking #8049 Mercury | Sales | 47.90 | 163.95 |
| 11/19/2024 | Expense | | No | | Dunkin'; DUNKIN #351369 | Checking #8049 Mercury | Owners Draw | -2.94 | 161.01 |
| 11/19/2024 | Expense | | No | Starbucks | STARBUCKS STORE 1055 | Checking #8049 Mercury | Owners Draw | -9.10 | 151.91 |
| 11/20/2024 | Deposit | | No | | CASH APP*CHRIST APOSTO | Checking #8049 Mercury | Sales | 95.55 | 247.46 |
| 11/20/2024 | Payment | | No | Hamilton's Funeral Home Inc. | | Checking #8049 Mercury | Accounts Receivable | 420.00 | 667.46 |
| 11/20/2024 | Expense | | No | Upwork | UPWORK * -754621845 | Checking #8049 Mercury | Professional Fees | -63.00 | 604.46 |
| 11/21/2024 | Expense | | No | LinkedIn | LinkedIn Ads 100499055 | Checking #8049 Mercury | Advertising and Promotion | -121.80 | 482.66 |
| 11/21/2024 | Expense | | No | | JOURNALIST AI | Checking #8049 Mercury | Software Subscription | -59.00 | 423.66 |
| 11/22/2024 | Expense | | No | | APOLLO.IO | Checking #8049 Mercury | Software Subscription | -99.00 | 324.66 |
| 11/22/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Checking #8049 Mercury | Meals and Entertainment | -91.49 | 233.17 |
| 11/22/2024 | Expense | | No | | MISTER CAR WASH #0724 | Checking #8049 Mercury | Automobile Expense | -35.30 | 197.87 |
| 11/22/2024 | Expense | | No | | Black Thai Honey LLC | Checking #8049 Mercury | Meals and Entertainment | -56.73 | 141.14 |
| 11/23/2024 | Expense | | No | | MCDONALD'S F18744 | Checking #8049 Mercury | Meals and Entertainment | -12.38 | 128.76 |
| 11/23/2024 | Expense | | No | | MARATHON PETRO90894 | Checking #8049 Mercury | Automobile Expense | -75.00 | 53.76 |
| 11/24/2024 | Expense | | No | | CASH APP*JORDAN REED | Checking #8049 Mercury | Owners Draw | -50.00 | 3.76 |
| 11/25/2024 | Deposit | | No | Diane Bryant | System-recorded deposit for QuickBooks Payments | Checking #8049 Mercury | -Split- | 7,000.00 | 7,003.76 |
| 11/26/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 200.00 | 7,203.76 |
| 11/26/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 220.00 | 7,423.76 |
| 11/26/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 150.00 | 7,573.76 |
| 11/26/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 130.00 | 7,703.76 |
| 11/26/2024 | Transfer | | No | | Mercury Savings =8315; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | - 6,000.00 | 1,703.76 |
| 11/27/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 50.00 | 1,753.76 |
| 11/27/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 100.00 | 1,853.76 |
| 11/27/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8048 Mercury | Mercury Savings #8315 | 450.00 | 2,303.76 |
| 11/27/2024 | Transfer | | No | | Mercury Checking =8049; Transfer between your Mercury accounts | Checking #8049 Mercury | Mercury Savings #8315 | 1,700.00 | 4,003.76 |
| 11/27/2024 | Deposit | | No | Google | GOOGLE; ACCTVERIFY; Dwight Reed | Checking #8049 Mercury | Advertising and Promotion | 0.06 | 4,003.82 |
| 11/27/2024 | Expense | | No | | CASH APP*CHRIST APOSTO | Checking #8049 Mercury | Contract Labor | - 1,440.00 | 2,563.82 |
| 11/27/2024 | Expense | | No | | CASH APP*JORDAN REED | Checking #8049 Mercury | Owners Draw | -100.00 | 2,463.82 |
| 11/27/2024 | Expense | | No | | CASH APP*JORDAN REED | Checking #8049 Mercury | Owners Draw | -60.00 | 2,403.82 |
| 11/27/2024 | Expense | | No | Melton, Leon | CASH APP*LEON MELTON | Checking #8049 Mercury | Contract Labor | -900.00 | 1,503.82 |
| 11/27/2024 | Expense | | No | | CALENDLY | Checking #8049 Mercury | Software Subscription | -42.80 | 1,461.02 |
| 11/27/2024 | Expense | | No | AON STUDIOS | CASH APP*AON | Checking #8049 Mercury | Contract Labor | -150.00 | 1,311.02 |
| 11/27/2024 | Expense | | No | | CASH APP*CHRIST APOSTO | Checking #8049 Mercury | Contract Labor | -50.00 | 1,261.02 |

# AON Studios, LLC

## Transaction Report

### November 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2024 | Expense | | No | | CASH APP*CHRIST APOSTO | Mercury Checking #8049 | Contract Labor | -100.00 | 1,161.02 |
| 11/27/2024 | Expense | | No | Hy-Vee | HY-VEE DES MOINES 1148 | Mercury Checking #8049 | Meals and Entertainment | -129.89 | 1,031.13 |
| 11/27/2024 | Expense | | No | Progressive | PROGRESSIVE *INSURANCE | Mercury Checking #8049 | Insurance Expense | -318.32 | 712.81 |
| 11/27/2024 | Expense | | No | Upwork | UPWORK * -756805399 | Mercury Checking #8049 | Professional Fees | -8.40 | 704.41 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 1,000.00 | 1,704.41 |
| 11/28/2024 | Expense | | No | Horseshoe Council Bluffs | HORSESHOE COUNCIL BLUF | Mercury Checking #8049 | Owners Draw | -1,665.00 | 39.41 |
| 11/28/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 100.00 | 139.41 |
| 11/28/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 500.00 | 639.41 |
| 11/28/2024 | Expense | | No | | 610937 ATM Withdraw (Personal Exp) | Mercury Checking #8049 | Owners Draw | -502.00 | 137.41 |
| 11/29/2024 | Expense | | No | | SEOCLERKS.COM | Mercury Checking #8049 | Software Subscription | -16.00 | 121.41 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 55.00 | 176.41 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 281.00 | 457.41 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 100.00 | 557.41 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 160.00 | 717.41 |
| 11/29/2024 | Bill Payment (Check) | | No | Mediacom Business - Phone | | Mercury Checking #8049 | Accounts Payable | -187.81 | 529.60 |
| 11/29/2024 | Bill Payment (Check) | | No | Mediacom Business - Phone | | Mercury Checking #8049 | Accounts Payable | -93.44 | 436.16 |
| 11/29/2024 | Expense | | No | | 610937 ATM Withdraw (Personal Exp) | Mercury Checking #8049 | Owners Draw | -162.00 | 274.16 |
| 11/29/2024 | Expense | | No | | DIIB SEO TOOL | Mercury Checking #8049 | Software Subscription | -48.99 | 225.17 |
| 11/29/2024 | Expense | | No | | Noah's Ark Ristorante; NOAHSARKRISTORANTE | Mercury Checking #8049 | Meals and Entertainment | -38.42 | 186.75 |
| 11/30/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Checking #8049 | Mercury Savings #8315 | 60.00 | 246.75 |
| 11/30/2024 | Expense | | No | | Dunkin'; DUNKIN #351369 | Mercury Checking #8049 | Owners Draw | -3.21 | 243.54 |
| 11/30/2024 | Expense | | No | | SERPLY.NET | Mercury Checking #8049 | Software Subscription | -32.00 | 211.54 |
| 11/30/2024 | Expense | | No | T-Mobile | T-Mobile; TMOBILE*POSTPAID PDA | Mercury Checking #8049 | Telephone Expense | -113.47 | 98.07 |
| **Total for Mercury Checking #8049** | | | | | | | | **$ -221.70** | |
| **Mercury Savings #8315** | | | | | | | | | |
| 11/26/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -200.00 | -200.00 |
| 11/26/2024 | Transfer | | No | | Mercury Savings #8315; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | 6,000.00 | 5,800.00 |
| 11/26/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -130.00 | 5,670.00 |
| 11/26/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -150.00 | 5,520.00 |
| 11/26/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -220.00 | 5,300.00 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -1,000.00 | 4,300.00 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -1,700.00 | 2,600.00 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -450.00 | 2,150.00 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -100.00 | 2,050.00 |
| 11/27/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -50.00 | 2,000.00 |
| 11/28/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -500.00 | 1,500.00 |
| 11/28/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -100.00 | 1,400.00 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -281.00 | 1,119.00 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -100.00 | 1,019.00 |
| 11/29/2024 | Transfer | | No | | Mercury Checking #8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -160.00 | 859.00 |

# AON Studios, LLC

## Transaction Report

### November 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/2024 | Transfer | | No | | Mercury Checking ••8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -55.00 | 804.00 |
| 11/30/2024 | Transfer | | No | | Mercury Checking ••8049; Transfer between your Mercury accounts | Mercury Savings #8315 | Mercury Checking #8049 | -60.00 | 744.00 |
| **Total for Mercury Savings #8315** | | | | | | | | **$744.00** | |
| NFCU Checking #1683 | | | | | | | | | |
| Beginning Balance | | | | | | | | | -7,060.41 |
| 11/01/2024 | Expense | | No | | ATM Withdrawal - PLUS TSBANK COUNCIL BLUFFIAUS TSBANK COUNCIL BLUFFIAUS ATM WITHDRAWAL | NFCU Checking #1683 | Owners Draw | -503.00 | -7,563.41 |
| 11/01/2024 | Expense | | No | | ATM Fee - Withdrawal TSBANK COUNCIL BLUFFIAUS ATM FEE - WITHDRAWAL | NFCU Checking #1683 | Bank Service Charges | -1.00 | -7,564.41 |
| 11/01/2024 | Expense | | No | Amazon | POS Debit - Visa Check Card XXXX - AMAZON MKTPL X3523 AMZN COM B DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Office Supplies | -40.65 | -7,605.06 |
| 11/04/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 3.57 | -7,601.49 |
| 11/04/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 16.20 | -7,585.29 |
| 11/05/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 7.14 | -7,578.15 |
| 11/06/2024 | Expense | | No | | POS Debit - Visa Check Card XXXX - DUNKIN XX3388 DES MOINES IA DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Meals and Entertainment | -3.42 | -7,581.57 |
| 11/08/2024 | Expense | | No | | Returned Check Fee RETURNED ITEM FEE RET CHECK FEE | NFCU Checking #1683 | Bank Service Charges | -29.00 | -7,610.57 |
| 11/12/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 6.49 | -7,604.08 |
| 11/13/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 19.77 | -7,584.31 |
| 11/14/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 16.20 | -7,568.11 |
| 11/18/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 16.20 | -7,551.91 |
| 11/19/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 19.77 | -7,532.14 |
| 11/20/2024 | Expense | | No | Starbucks | POS Debit - Visa Check Card XX72 - STARBUCKS STORE 10 DES MOINES DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Meals and Entertainment | -9.84 | -7,541.98 |
| 11/21/2024 | Expense | | No | | Returned Check Fee RETURNED ITEM FEE RET CHECK FEE | NFCU Checking #1683 | Bank Service Charges | -29.00 | -7,570.98 |
| 11/22/2024 | Expense | | No | | POS Debit - Visa Check Card XXX2 - QT 554 DES MOINES IA DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Automobile Expense | -64.50 | -7,635.48 |
| 11/26/2024 | Deposit | | No | | Deposit - STRIPE STRIPE ACH CREDIT | NFCU Checking #1683 | Sales | 13.63 | -7,621.85 |
| 11/27/2024 | Expense | | No | No Check Image | Paid Check XXXXXX1553 RECYCLED CHECK 1553 | NFCU Checking #1683 | Contract Labor | -320.00 | -7,941.85 |
| 11/27/2024 | Deposit | | No | | POS Adjustment - CASH APP CHRIST AP Oakland CAUS CASH APP CHRIST AP Oakland CAUS POS ADJUSTMENT - CR | NFCU Checking #1683 | Sales | 1,941.67 | -6,000.18 |
| 11/27/2024 | Deposit | | No | | POS Adjustment - CASH APP CHRIST AP Oakland CAUS CASH APP CHRIST AP Oakland CAUS POS ADJUSTMENT - CR | NFCU Checking #1683 | Sales | 98.25 | -5,901.93 |
| 11/27/2024 | Expense | | No | No Check Image | Paid Check XXXXXX1554 RECYCLED CHECK 1554 | NFCU Checking #1683 | Contract Labor | -1,650.00 | -7,551.93 |
| 11/29/2024 | Expense | | No | Casey's | POS Debit - Visa Check Card XXXX - CASEYS XXXX XX11 S 24 COUNCI DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Automobile Expense | -41.00 | -7,592.93 |
| 11/29/2024 | Expense | | No | | POS Debit - Visa Check Card XX72 - CASH SAVER 34 DES MOINES IA DWIGHT A REED POS TRANSACTION | NFCU Checking #1683 | Office Supplies | -10.19 | -7,603.12 |
| **Total for NFCU Checking #1683** | | | | | | | | **$-542.71** | |
| **TOTAL** | | | | | | | | **$ -20.41** | |

AON Studios, LLC

**Mercury Checking #8049, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/21/2024

Reconciled by: Eileen Lee

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 319.77 |
| Checks and payments cleared (74) | -14,711.31 |
| Deposits and other credits cleared (30) | 14,489.61 |
| Statement ending balance | 98.07 |
| | |
| Uncleared transactions as of 11/30/2024 | 3,857.95 |
| Register balance as of 11/30/2024 | 3,956.02 |
| Cleared transactions after 11/30/2024 | 0.00 |
| Uncleared transactions after 11/30/2024 | -4,935.23 |
| Register balance as of 12/21/2024 | -979.21 |

**Details**

Checks and payments cleared (74)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2024 | Expense | | Facebook | -10.66 |
| 11/01/2024 | Expense | | | -140.00 |
| 11/01/2024 | Expense | | LinkedIn | -5.45 |
| 11/02/2024 | Expense | | Kum & Go | -60.19 |
| 11/03/2024 | Expense | | | -22.45 |
| 11/03/2024 | Expense | | Hy-Vee | -9.00 |
| 11/03/2024 | Expense | | | -3.21 |
| 11/03/2024 | Expense | | Microsoft | -7.48 |
| 11/05/2024 | Expense | | | -45.10 |
| 11/05/2024 | Expense | | Upwork | -63.00 |
| 11/05/2024 | Expense | | | -64.24 |
| 11/05/2024 | Expense | | Hy-Vee | -151.26 |
| 11/05/2024 | Expense | | | -4.39 |
| 11/06/2024 | Expense | | Kroger | -11.46 |
| 11/06/2024 | Expense | | | -39.99 |
| 11/07/2024 | Expense | | Casey's | -38.44 |
| 11/07/2024 | Expense | | Starbucks | -27.34 |
| 11/07/2024 | Expense | | | -40.00 |
| 11/07/2024 | Expense | | Adobe | -21.19 |
| 11/09/2024 | Expense | | | -3.28 |
| 11/10/2024 | Expense | | QuickBooks Payments | -99.00 |
| 11/11/2024 | Expense | | QuickBooks Payments | -25.23 |
| 11/12/2024 | Expense | | | -49.22 |
| 11/12/2024 | Expense | | Upwork | -63.00 |
| 11/13/2024 | Expense | | T-Mobile | -265.00 |
| 11/13/2024 | Expense | | | -2.94 |
| 11/13/2024 | Expense | | | -42.84 |
| 11/13/2024 | Expense | | | -7.68 |
| 11/13/2024 | Expense | | | -150.00 |
| 11/13/2024 | Expense | | Hy-Vee | -144.50 |
| 11/14/2024 | Expense | | Hy-Vee | -65.35 |
| 11/15/2024 | Expense | | Amazon | -29.95 |
| 11/15/2024 | Expense | | Walmart | -32.28 |
| 11/15/2024 | Expense | | | -13.54 |
| 11/15/2024 | Expense | | LinkedIn | -22.70 |
| 11/15/2024 | Expense | | Casey's | -58.38 |
| 11/15/2024 | Expense | | Amazon | -18.18 |
| 11/16/2024 | Expense | | | -12.96 |
| 11/16/2024 | Expense | | | -2.94 |
| 11/19/2024 | Expense | | | -2.94 |

2/1/25, 2:28 AM                                                    about:blank

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/19/2024 | Expense | | Starbucks | -9.10 |
| 11/20/2024 | Expense | | Upwork | -63.00 |
| 11/21/2024 | Expense | | | -59.00 |
| 11/21/2024 | Expense | | LinkedIn | -121.80 |
| 11/22/2024 | Expense | | | -56.73 |
| 11/22/2024 | Expense | | | -99.00 |
| 11/22/2024 | Expense | | Hy-Vee | -91.49 |
| 11/22/2024 | Expense | | | -35.30 |
| 11/23/2024 | Expense | | | -75.00 |
| 11/23/2024 | Expense | | | -12.38 |
| 11/24/2024 | Expense | | | -50.00 |
| 11/26/2024 | Transfer | | | -6,000.00 |
| 11/27/2024 | Expense | | Upwork | -8.40 |
| 11/27/2024 | Expense | | | -42.80 |
| 11/27/2024 | Expense | | AON STUDIOS | -150.00 |
| 11/27/2024 | Expense | | | -50.00 |
| 11/27/2024 | Expense | | | -100.00 |
| 11/27/2024 | Expense | | | -1,440.00 |
| 11/27/2024 | Expense | | | -100.00 |
| 11/27/2024 | Expense | | | -60.00 |
| 11/27/2024 | Expense | | Melton, Leon | -900.00 |
| 11/27/2024 | Expense | | Hy-Vee | -129.89 |
| 11/27/2024 | Expense | | Progressive | -318.50 |
| 11/28/2024 | Expense | | Horseshoe Council Bluffs | -1,665.00 |
| 11/28/2024 | Expense | | | -502.00 |
| 11/29/2024 | Expense | | | -48.99 |
| 11/29/2024 | Expense | | | -16.00 |
| 11/29/2024 | Expense | | | -38.42 |
| 11/29/2024 | Bill Payment | | Mediacom Business - Phone | -187.81 |
| 11/29/2024 | Bill Payment | | Mediacom Business - Phone | -93.44 |
| 11/29/2024 | Expense | | | -162.00 |
| 11/30/2024 | Expense | | | -32.00 |
| 11/30/2024 | Expense | | | -3.21 |
| 11/30/2024 | Expense | | T-Mobile | -113.47 |

| Total | | | | -14,711.31 |
|-------|--|--|--|------------|

Deposits and other credits cleared (30)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 11/02/2024 | Deposit | | | 88.59 |
| 11/03/2024 | Deposit | | | 497.00 |
| 11/05/2024 | Deposit | | | 95.55 |
| 11/09/2024 | Deposit | | Kum & Go | 0.60 |
| 11/11/2024 | Deposit | | | 144.23 |
| 11/11/2024 | Deposit | | Heidi Vermeer-Quist | 843.75 |
| 11/15/2024 | Deposit | | | 0.38 |
| 11/19/2024 | Deposit | | | 47.90 |
| 11/20/2024 | Deposit | | | 95.55 |
| 11/20/2024 | Receive Payment | | Hamilton's Funeral Home Inc.:... | 0.00 |
| 11/20/2024 | Receive Payment | | Hamilton's Funeral Home Inc. | 420.00 |
| 11/25/2024 | Expense | | QuickBooks Payments | 0.00 |
| 11/25/2024 | Deposit | | Diane Bryant | 7,000.00 |
| 11/26/2024 | Transfer | | | 130.00 |
| 11/26/2024 | Transfer | | | 200.00 |
| 11/26/2024 | Transfer | | | 220.00 |
| 11/26/2024 | Transfer | | | 150.00 |
| 11/27/2024 | Transfer | | | 450.00 |
| 11/27/2024 | Deposit | | Google | 0.06 |
| 11/27/2024 | Transfer | | | 100.00 |
| 11/27/2024 | Transfer | | | 1,700.00 |
| 11/27/2024 | Transfer | | | 1,000.00 |
| 11/27/2024 | Transfer | | | 50.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 11/28/2024 | Transfer | | | 500.00 |
| 11/28/2024 | Transfer | | | 100.00 |
| 11/29/2024 | Transfer | | | 160.00 |
| 11/29/2024 | Transfer | | | 55.00 |
| 11/29/2024 | Transfer | | | 281.00 |
| 11/29/2024 | Transfer | | | 100.00 |
| 11/30/2024 | Transfer | | | 60.00 |
| Total | | | | 14,489.61 |

2/1/25, 2:30 AM
about:blank

## AON Studios, LLC

**Mercury Savings #8315, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/21/2024

Reconciled by: Eileen Lee

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (16) | -5,256.00 |
| Deposits and other credits cleared (1) | 6,000.00 |
| Statement ending balance | 744.00 |
| | |
| Register balance as of 11/30/2024 | 744.00 |
| Cleared transactions after 11/30/2024 | 0.00 |
| Uncleared transactions after 11/30/2024 | 1,234.00 |
| Register balance as of 12/21/2024 | 1,978.00 |

### Details

Checks and payments cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/26/2024 | Transfer | | | -220.00 |
| 11/26/2024 | Transfer | | | -150.00 |
| 11/26/2024 | Transfer | | | -130.00 |
| 11/26/2024 | Transfer | | | -200.00 |
| 11/27/2024 | Transfer | | | -1,700.00 |
| 11/27/2024 | Transfer | | | -450.00 |
| 11/27/2024 | Transfer | | | -1,000.00 |
| 11/27/2024 | Transfer | | | -50.00 |
| 11/27/2024 | Transfer | | | -100.00 |
| 11/28/2024 | Transfer | | | -500.00 |
| 11/28/2024 | Transfer | | | -100.00 |
| 11/29/2024 | Transfer | | | -55.00 |
| 11/29/2024 | Transfer | | | -281.00 |
| 11/29/2024 | Transfer | | | -100.00 |
| 11/29/2024 | Transfer | | | -160.00 |
| 11/30/2024 | Transfer | | | -60.00 |

| Total | | | | -5,256.00 |
|---|---|---|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/26/2024 | Transfer | | | 6,000.00 |

| Total | | | | 6,000.00 |
|---|---|---|---|---|

# NAVY FEDERAL
### Credit Union®

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
11/01/24 - 11/30/24

Access No. 18281345

#BWNLLSV
#000000Q8R8QST5A8#000NM090F
AON STUDIOS LLC
PO BOX 1681
DES MOINES IA 50305-1681

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit navyfederal.org/overseas/
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
digital statements via Mobile or
Navy Federal Online Banking.

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7150051683 | $569.89 | $2,158.89 | $2,701.60 | $27.18 | $0.10 |
| Mbr Business Savings 3177357898 | $5.00 | $0.00 | $0.00 | $5.00 | $0.00 |
| **Totals** | **$574.89** | **$2,158.89** | **$2,701.60** | **$32.18** | **$0.10** |

## Checking
### Business Checking - 7150051683

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Beginning Balance | | 569.89 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

AON STUDIOS LLC

18281345

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7150051683 | Checking | |
| 3177357898 | Savings | |
| | | |
| | | |
| | TOTAL | |

4057150051683317735789800000000000000000000000000000007

# NAVY FEDERAL
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For AON STUDIOS LLC

**Statement Period**
11/01/24 - 11/30/24

Access No. 18281345

## Business Checking - 7150051683

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 11-01 | ATM Fee - Withdrawal 10-31-24 Tsbank Council Bluff IA | 1.00- | 568.89 |
| 11-01 | ATM Withdrawal 10-31-24 Tsbank Council Bluff IA | 503.00- | 65.89 |
| 11-01 | POS Debit- Business Debit Card 0572 10-31-24 Amazon Mktpl*73523 Amzn.Com/Bill WA | 40.65- | 25.24 |
| 11-04 | Deposit - ACH Paid From Stripe Transfer 110424 | 3.57 | 28.81 |
| 11-04 | Deposit - ACH Paid From Stripe Transfer 110424 | 16.20 | 45.01 |
| 11-05 | Deposit - ACH Paid From Stripe Transfer 110524 | 7.14 | 52.15 |
| 11-06 | POS Debit- Business Debit Card 0572 11-05-24 Dunkin #353388 Des Moines IA | 3.42- | 48.73 |
| 11-08 | Returned Item Fee 1549 | 29.00- | 19.73 |
| 11-12 | Deposit - ACH Paid From Stripe Transfer 111224 | 6.49 | 26.22 |
| 11-13 | Deposit - ACH Paid From Stripe Transfer 111324 | 19.77 | 45.99 |
| 11-14 | Deposit - ACH Paid From Stripe Transfer 111424 | 16.20 | 62.19 |
| 11-18 | Deposit - ACH Paid From Stripe Transfer 111824 | 16.20 | 78.39 |
| 11-19 | Deposit - ACH Paid From Stripe Transfer 111924 | 19.77 | 98.16 |
| 11-20 | POS Debit- Business Debit Card 0572 11-18-24 Starbucks Store 10 Des Moines IA | 9.84- | 88.32 |
| 11-21 | Returned Item Fee 2100002 | 29.00- | 59.32 |
| 11-22 | POS Debit- Business Debit Card 0572 11-20-24 Qt 554 Des Moines IA | 64.50- | 5.18- |
| 11-26 | Deposit - ACH Paid From Stripe Transfer 112624 | 13.63 | 8.45 |
| 11-27 | POS Credit Adjustment 0572 Transaction 11-27-24 Cash App*christ Ap Oakland CA | 98.25 | 106.70 |
| 11-27 | POS Credit Adjustment 0572 Transaction 11-27-24 Cash App*christ Ap Oakland CA | 1,941.67 | 2,048.37 |
|  | Check 1553 | 320.00- | 1,728.37 |
|  | Check 1554 | 1,650.00- | 78.37 |
| 11-29 | POS Debit- Business Debit Card 0572 11-28-24 Cash Saver #34 Des Moines IA | 10.19- | 68.18 |
| 11-29 | POS Debit - Business Debit Card 0572 Transaction 11-27-24 Caseys #3127 2711 S 24 Council Bluff IA | 41.00- | 27.18 |
| **11-30** | **Ending Balance** | | **27.18** |

*Average Daily Balance - Current Cycle: $39.77*

## CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER ( ) | | | DAYTIME TELEPHONE NUMBER ( ) |

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
**11/01/24 - 11/30/24**

**Statement of Account**
For AON STUDIOS LLC

Access No. 18281345

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-01 | POS | 40.65 | 11-29 | POS | 41.00 |
| 11-06 | POS | 3.42 | 11-01 | ATMO | 503.00 |
| 11-20 | POS | 9.84 | 11-27 | 001553 - Check | 320.00 |
| 11-22 | POS | 64.50 | 11-27 | 001554 - Check | 1,650.00 |
| 11-29 | POS | 10.19 | | | |

## Savings

### Mbr Business Savings - 3177357898

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|-----------|
| 11-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| 11-30 | Ending Balance | | 5.00 |

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, and add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.

You may also contact us on the Web: navyfederal.org.

In your letter, give us the following information:

- **Account Information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fee related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

## AON Studios, LLC

### NFCU Checking #1683, Period Ending 11/30/2024

### RECONCILIATION REPORT

Reconciled on: 12/21/2024

Reconciled by: Eileen Lee

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---
Statement beginning balance | 569.89
Checks and payments cleared (12) | -2,701.60
Deposits and other credits cleared (11) | 2,158.89
Statement ending balance | 27.18
| |
Uncleared transactions as of 11/30/2024 | -8,380.30
Register balance as of 11/30/2024 | -8,353.12
Cleared transactions after 11/30/2024 | 0.00
Uncleared transactions after 11/30/2024 | 1,371.57
Register balance as of 12/21/2024 | -6,981.55

**Details**

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2024 | Expense | | | -503.00 |
| 11/01/2024 | Expense | | Amazon | -40.65 |
| 11/01/2024 | Expense | | | -1.00 |
| 11/06/2024 | Expense | | | -3.42 |
| 11/08/2024 | Expense | | | -29.00 |
| 11/20/2024 | Expense | | Starbucks | -9.84 |
| 11/21/2024 | Expense | | | -29.00 |
| 11/22/2024 | Expense | | | -64.50 |
| 11/27/2024 | Expense | | No Check Image | -320.00 |
| 11/27/2024 | Expense | | No Check Image | -1,650.00 |
| 11/29/2024 | Expense | | Casey's | -41.00 |
| 11/29/2024 | Expense | | | -10.19 |

Total | -2,701.60

Deposits and other credits cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/04/2024 | Deposit | | | 3.57 |
| 11/04/2024 | Deposit | | | 16.20 |
| 11/05/2024 | Deposit | | | 7.14 |
| 11/12/2024 | Deposit | | | 6.49 |
| 11/13/2024 | Deposit | | | 19.77 |
| 11/14/2024 | Deposit | | | 16.20 |
| 11/18/2024 | Deposit | | | 16.20 |
| 11/19/2024 | Deposit | | | 19.77 |
| 11/26/2024 | Deposit | | | 13.63 |
| 11/27/2024 | Deposit | | | 1,941.67 |
| 11/27/2024 | Deposit | | | 98.25 |

Total | 2,158.89