UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| In Re: | : | |
|---|---|---|
| | : | BANKRUPTCY NO. 24-01113 |
| DWIGHT A. REED, | : | OBJECTION TO PLAN |
| | : | |
| Debtor.: | | |

COMES NOW Greater Iowa Credit Union ("Secured Creditor") and objects to the Chapter 11 Plan filed by Debtor on January 21, 2025 (the "Plan"). Secured Creditor states as follows in support of its objection:

1. Secured Creditor holds a promissory note and related mortgage on Debtor's principal residence as evidenced by Claim No. 26 filed October 11, 2024.

2. The Plan seeks to modify the indebtedness owed Secured Creditor under said promissory note and mortgage in violation of 11 U.S.C. Section 1123(b)(5).

3. The arrearage amount of $7,960.70 set forth in Section III(E)(3) of the Plan understates the pre-petition arrearage owed Secured Creditor. The pre-petition arrearage owed to Secured Creditor is $23,084.90. See Claim No. 26.

4. Debtor has not made any of the required post-petition payments under said promissory note and mortgage.

5. The Plan, as a result of the continued delinquency, does not adequately set forth how Debtor will reinstate the loan.

WHEREFORE Greater Iowa Credit Union objects to the Debtor's Chapter 11 Plan.

Date: 2/27/2025

PETOSA LAW LLP

By /s/
Benjamin W. Hopkins   AT0003573
Ryan C. Holtgraves    AT0010588
Petosa Law LLP
1350 NW 138th Street, Suite 100
Clive, IA 50325
ATTORNEYS FOR GREATER IOWA CREDIT UNION

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically mailed and/or mailed by United States mail, postage prepaid this 27th day of February, 2025, to the persons listed below.

Jeanie L. McVay

COPIES TO:

U.S. Bankruptcy Trustee Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, IA 50309

Jeffrey D. Goetz
801 Grand Avenue
Suite 3700
Des Moines, IA 50309

Douglas Dean Flugum, Trustee
PO Box 308
Cedar Rapids, IA 52406