# EXHIBIT A

| Loan Number | Transaction Date | Transaction Code | Transaction Description | Due Date | Effective Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Fee Paid | Suspense Amount | Fee Assessed | Advance Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance | Transaction Type | ORDER_NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8273 | 9/19/2024 | 173 | Payment | 8/1/2023 | 9/19/2024 | $5,420.11 | $0.00 | $0.00 | $0.00 | $0.00 | $5,420.11 | $0.00 | $0.00 | $391,056.49 | ($23,751.84) | $1,190.00 | $5,420.11 | Payment | 52 |
| 8273 | 12/31/2024 | 173 | Payment | 8/1/2023 | 12/31/2024 | $21,680.44 | $0.00 | $0.00 | $0.00 | $0.00 | $21,680.44 | $0.00 | $0.00 | $391,056.49 | ($26,850.21) | $9,130.00 | $27,100.55 | Payment | 67 |
| 8273 | 1/2/2025 | 173 | Payment | 8/1/2023 | 1/1/2025 | $0.00 | $110.36 | $4,070.25 | $1,239.50 | $0.00 | ($5,420.11) | $0.00 | $0.00 | $390,946.13 | ($25,610.71) | $9,130.00 | $21,680.44 | Payment | 68 |
| 8273 | 1/3/2025 | 173 | Payment | 9/1/2023 | 1/3/2025 | $0.00 | $111.51 | $4,069.10 | $1,239.50 | $0.00 | ($5,420.11) | $0.00 | $0.00 | $390,834.62 | ($24,371.21) | $9,130.00 | $16,260.33 | Payment | 69 |
| 8273 | 1/6/2025 | 173 | Payment | 10/1/2023 | 1/6/2025 | $0.00 | $112.67 | $4,067.94 | $1,239.50 | $0.00 | ($5,420.11) | $0.00 | $0.00 | $390,721.95 | ($23,131.71) | $9,130.00 | $10,840.22 | Payment | 70 |
| 8273 | 1/31/2025 | 173 | Payment | 11/1/2023 | 1/31/2025 | $5,452.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,452.00 | $0.00 | $0.00 | $390,721.95 | ($24,164.30) | $9,130.00 | $16,292.22 | Payment | 72 |
| 8273 | 2/3/2025 | 173 | Payment | 11/1/2023 | 1/31/2025 | $0.00 | $113.85 | $4,066.76 | $1,369.07 | $0.00 | ($5,549.68) | $0.00 | $0.00 | $390,608.10 | ($22,795.23) | $9,130.00 | $10,742.54 | Payment | 73 |

| Loan Number | Transaction Date | Transaction Code | Transaction Description | Due Date | Effective Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Fee Paid | Suspense Amount | Fee Assessed | Advance Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance | Transaction Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9583 | 9/19/2024 | 173 | Payment | 9/1/2021 | 9/19/2024 | $3,133.87 | $0.00 | $0.00 | $0.00 | $0.00 | $3,133.87 | $0.00 | $0.00 | $274,000.00 | ($58,794.10) | $4,924.50 | $3,133.87 | Payment |
| 9583 | 10/22/2024 | 173 | Payment | 9/1/2021 | 10/22/2024 | $0.00 | $0.00 | $2,625.83 | $508.04 | $0.00 | ($3,133.87) | $0.00 | $0.00 | $274,000.00 | ($64,073.88) | $4,924.50 | $0.00 | Payment |
| 9583 | 12/31/2024 | 173 | Payment | 10/1/2021 | 12/31/2024 | $10,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,600.00 | $0.00 | $0.00 | $274,000.00 | ($64,074.48) | $40,726.00 | $10,600.00 | Payment |
| 9583 | 1/2/2025 | 173 | Payment | 10/1/2021 | 1/1/2025 | $0.00 | $0.00 | $2,625.83 | $508.04 | $0.00 | ($3,133.87) | $0.00 | $0.00 | $274,000.00 | ($63,566.44) | $40,726.00 | $7,466.13 | Payment |
| 9583 | 1/10/2025 | 173 | Payment | 11/1/2021 | 1/10/2025 | $0.00 | $0.00 | $2,625.83 | $508.04 | $0.00 | ($3,133.87) | $0.00 | $0.00 | $274,000.00 | ($63,058.40) | $40,726.00 | $4,332.26 | Payment |
| 9583 | 1/31/2025 | 173 | Payment | 12/1/2021 | 1/31/2025 | $2,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,650.00 | $0.00 | $0.00 | $274,000.00 | ($63,058.40) | $40,726.00 | $6,982.26 | Payment |
| 9583 | 2/3/2025 | 173 | Payment | 12/1/2021 | 1/31/2025 | $0.00 | $0.00 | $2,625.83 | $651.61 | $0.00 | ($3,277.44) | $0.00 | $0.00 | $274,000.00 | ($62,406.79) | $40,726.00 | $3,704.82 | Payment |