**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
111 Locust Street, Office 320
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:                                              Case No. 24–01113–lmj11

Dwight Anthony Reed

Debtor(s)

## NOTICE AND ORDER REGARDING HEARING
### Courtroom–Testimony

**YOU ARE HEREBY NOTIFIED** that the Court will conduct a hearing on **May 15, 2025** at **10:00 AM  CDT** on the following matter(s):

**Motion to Dismiss Chapter 11 (#94). Objection (#139).**

**Note: Whether dismissal of the case or conversion to chapter 7 is in the best interest of the creditors and the estate is an issue to be determined.  See 11 U.S.C. §1112(b)(1).**

**Hearing Location(s):**
Historic United States Courthouse, 123 East Walnut Street, Des Moines, Iowa 50309

**IT IS HEREBY ORDERED** that:

(1) The parties shall be prepared to proceed on the date and time indicated above. (Attorneys shall advise their clients when client attendance is not required.) Attire and demeanor must be appropriate to the seriousness of the occasion. Only attorneys and their employees may carry cell phones and other portable communication devices into the courthouse location(s) identified above, and devices that cause audible sound must be turned off when a party is in the courtroom. When Court is in session, all discussions before and after the hearing shall take place outside the courtroom.

(2) The parties shall promptly advise the assigned judge's calendar/courtroom deputy of any settlement, scheduling conflict or change in attorney handling the hearing.

(3) An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion. (Orders granting motions are the exception, not the rule.)

(4) If no bar date preceded the matter(s) noticed for hearing above, a party against whom relief is sought shall file an objection, if any, at least one full calendar week before the hearing date. If this Order and Notice was docketed and served on an expedited basis, then any objection must be filed at least one working day before the hearing.

(5) If the parties intend to rely upon exhibits at the time of the hearing, at least one full calendar week before the hearing date they must (a) exchange marked exhibits, (b) submit those exhibits (one set of copies) directly to the assigned judge's chambers and (c) file only their respective list of exhibits and list of witnesses with the Clerk of Court. If this Order and Notice was docketed and served on an expedited basis, the exchange, submission and filing must be done at least one full working day before the hearing. Each party shall retain the originals of the exhibits until offered at the time of the hearing. Debtor(s) in chapter cases and plaintiff(s) in adversary proceedings shall use

consecutive numbers; creditor(s) in chapter cases and defendants(s) in adversary proceedings shall use consecutive letters. When a matter entails multiple creditors or multiple plaintiffs or defendants, self–explanatory acronyms should be used in addition to the numbers or letters. If an exhibit consists of more than one page, the party offering the exhibit shall number the pages at the bottom of each page.

(6) The time allotted for the hearing is **Five (5) hours.**

(7) If they have not already done so, the parties shall file hearing briefs by **NA.**

Judge Lee M. Jackwig<br>United States Bankruptcy Judge

Calendar/Courtroom Deputy: Traci Sharp, 515–284–7394, tls@iasb.uscourts.gov