SD IA-300 (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | CASE NO. 24-01113-lmj7 |
| DWIGHT ANTHONY REED, | ) | |
|     Debtor. | ) | APPLICATION FOR APPROVAL OF |
| | ) | EMPLOYMENT OF A PROFESSIONAL |
| | ) | (ATTORNEY) ON BEHALF OF THE |
| | ) | ESTATE |

    1.    Applicant is the Trustee in this case.

    2.    Applicant believes that the employment of a professional is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

To render the Trustee legal advice with respect to the investigation of the actions of the Debtors; the recovery, collection, and sale of assets of the estate, and the filing of possible objections to claims, if applicable, and such other services as may be necessary in order for the Trustee to carry out his duties herein.

    3.    Telpner Peterson Law Firm, LLP (the "Firm"), 25 Main Place, Suite 200, Council Bluffs, IA 51503, Telephone: (712) 325-9000 is qualified by reason of practice and experience to render such representation or assistance to the estate as outlined above.

    4.    The compensation will be as follows:

The Firm will calculate its fees for professional services in accordance with agreed-upon hourly rates for these services, as such rates are subject to adjustment from time to time, for inflation and other factors. The current compensation range for attorneys working on these matters is $250 to $350 and $175 for paralegal assistance; plus, reimbursement of out-of-pocket expenses. The Firm adjusts its rates periodically, generally on January 1 of each year. All fees and expenses to be submitted to the Court prior to approval of the Court before payment.

    5.    The applicant has disclosed to the undersigned that they have the following connections with the Debtors, creditors, the United States Trustee for Region 12 or any employee of the United States Trustee, or any other parties-in-interest:

Charles L. Smith, the Trustee in this matter is a partner of Telpner Peterson Law Firm, LLP.

Emily Dean is an Associate Attorney at Telpner Peterson Law Firm, LLP.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee pursuant to the terms and conditions set forth in this motion or in the attached employment contract.

/s/ Charles L. Smith
Charles L. Smith, Trustee AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946
E-mail:  csmith@telpnerlaw.com

### FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 2014(a) VERIFICATION

I, Charles L. Smith, of Telpner Peterson Law Firm, LLP, the professional named in the foregoing Application for Approval of Employment of Professional on Behalf of the Estate, declare under penalty of perjury that the information regarding me as set forth in the application is true and correct.

/s/ Charles L. Smith
Charles L. Smith, Trustee AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946
E-mail:  csmith@telpnerlaw.com

## FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 2014(a) VERIFICATION

    I, Emily Dean, of Telpner Peterson Law Firm, LLP, the professional named in the foregoing Application for Approval of Employment of Professional on Behalf of the Estate, declare under penalty of perjury that the information regarding me as set forth in the application is true and correct.

                                    /s/ Emily Dean
                                    Emily Dean AT0016069
                                    TELPNER PETERSON LAW FIRM, LLP
                                    25 Main Place, Suite 200
                                    Council Bluffs, IA  51503
                                    Telephone:  (712) 325-9000
                                    Facsimile:  (712) 328-1946
                                    E-Mail: edean@telpnerlaw.com