UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Debtor: Dwight Anthony Reed, | ) | |
| Debtor and Debtor-in-Possession. | ) | Case No. 24-01113-LMJ7 |
| | ) | Chapter 7 |
| | ) | Objection to Application for Compensation |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | |
| | ) | |

Douglas D. Flugum was the Chapter 11 Subchapter V Trustee, for this case.  I object to the Application for Compensation "Application for Compensation Interim Filed by Jeffrey Douglas Goetz on behalf of Dwight Anthony Reed. (Goetz, Jeffrey) (Entered: 07/08/2025)", Doc 210.

In support, the Subchapter V Trustee states as follows:

1. On September 24, 2024, Douglas D. Flugum was appointed Subchapter V Trustee (Doc # 33).
2. The 2nd Interim Application for fees was filed 5/15/25 Doc 172 and approved on 6/13/25, Doc 204 for $2,187.50.
3. The 2nd Interim Application for fees has had no payments made.
4. Debtor and his lawyer selected the Subchapter V bankruptcy designation and knew there would be fees associated with the filing. Debtor should be prepared to pay the fees on a timely basis.
5. If the proposed Application for Compensation is approved and funded, then the Sub Chapter V Trustees administrative claim should also be paid.
6. There is a significant amount of money in the debtor's lawyers retainer account  The account is part of the estate.  It should be used to pay the administrative fees that have been approved.
7. The Subchapter V Trustee's fees should not be held hostage by the debtor.

WHEREFORE, Douglas D. Flugum respectfully requests this Court withhold approval of the "Application for Compensation Interim Filed by Jeffrey Douglas Goetz on behalf of Dwight Anthony Reed. (Goetz, Jeffrey) (Entered: 07/08/2025)", Doc 210.until the Sub Chapter V Trustee is paid.

Dated: July 21, 2025                                        /s/ Douglas D. Flugum

Douglas D. Flugum
Bugeye Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406
Phone: 319-389-4581
Email: dflugum@bugeyeventures.com
Subchapter V Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Southern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

/s/ Douglas D. Flugum