UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 24-01113 |
| DWIGHT A. REED, | ) | |
| | ) | |
| Debtor. | ) | |

**Trustee's Witness and Exhibit List for hearing on August 19, 2025.**

Party Name: Chapter 7 Trustee Charles Smith

Party's Attorney: Nicole Hughes of Telpner Peterson Law Firm, LLP

This Witness and Exhibit List is being served pursuant to applicable local rules, concerning exhibit exchange and identification. Failure to timely object will result in the attached exhibits being admitted into evidence.

## **WITNESS LIST**

1. Jeffrey Douglas Goetz
2. Dwight Anthony Reed
3. Any witness listed or called by another party;
4. Any witness necessary to lay foundation for the admission of an exhibit; and
5. Any witness necessary for rebuttal testimony or impeachment.

Nicole Hughes of Telpner Peterson Law Firm, LLP reserves the right to supplement, amend, withdraw or otherwise modify this submission.

## **EXHIBIT LIST**

| **Exhibit** | **Description** | **Mark** | **Offer** | **Object** | **Admit** | **Date** | **Disposition** |
|---|---|---|---|---|---|---|---|
| T – A | Dwight Reed trust account statement | | | | | | |
| T – B | AON Studios, LLC trust account statement | | | | | | |
| T – C | Loan Agreement between J.W. Reed Christian Academy and Dwight A. Reed | | | | | | |


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T – D | Monthly Operating Report for September 2024 (Dkt. 122) | | | | | | |
| T – E | Letter to Jeffrey Goetz from Trustee Smith dated July 9, 2025 | | | | | | |
| T – F | E-mail to Trustee Smith from Jeffrey Goetz dated July 16, 2025 | | | | | | |

Nicole Hughes of Telpner Peterson Law Firm, LLP reserves the right to supplement, amend, withdraw or otherwise modify this submission. Nicole Hughes of Telpner Peterson Law Firm, LLP also designates any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of the witness.

Dated:  August 6, 2025.             /s/ Nicole Hughes_____
                                    Nicole Hughes, AT0002263
                                    Telpner Peterson Law Firm, LLP
                                    25 Main Place, Suite 200
                                    Council Bluffs, IA  51503
                                    Telephone:  (712) 325-9000
                                    Facsimile:  (712) 328-1946
                                    E-mail: nhughes@telpnerlaw.com
                                    Attorney for Trustee, Charles L. Smith

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that on August 6, 2025, a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                    /s/ Nicole Hughes_____