SD IA-202 (12/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | CASE NO. 24-01113-lmj7 |
| | ) | |
| DWIGHT ANTHONY REED, | ) | NOTICE OF AND MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT OF |
| Debtor. | ) | CONTROVERSY AND BAR DATE |
| | ) | NOTICE 8/29/25 (Bar Date) |

  The undersigned Trustee has entered into a compromise or settlement of controversy as described below and moves the Court to approve said compromise or settlement of controversy as follows:

  On July 8, 2025, at Docket No. 210, Dickinson, Bradshaw, Fowler, and Hagen, P.C. ("DBFH") filed its First and Final Application for Compensation. On July 28, 2025, at Docket No. 216, Charles L. Smith ("Trustee") filed his Objection to the aforesaid application of DBFH. Also, on July 28, 2025, the Acting U.S. Trustee for Region 12 ("UST") filed its Objection to Professional Fees at Docket No. 217 and its Motion to Examine Fees at Docket No. 218.

  DBFH, Trustee, and UST have now agreed to compromise their disputes as follows:

1) DBFH will turn over the original $50,000 retainer to the Chapter 7 Trustee of Dwight Reed, in exchange for the UST's dismissal/withdrawal of its pending fee examination motion currently scheduled for hearing on August 19th.

2) DBFH will withdraw, without prejudice, its pending First and Final Fee Application for Fees/Costs as Chapter 11 General Reorganization Counsel.

3) DBFH will retain the right to file another first and final fee application for its Ch 11 fees/services if it so chooses to do so in the future.

  The Trustee believes that this settlement is fair and reasonable and is in the best interest of the Bankruptcy Estate taking into consideration the risk, cost, and delay of further litigation.

  NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut

Street, Room 793, Des Moines, Iowa 50309-2108; the Debtor; and Debtor's counsel. Any objection must be filed with the Clerk of Bankruptcy Court at 111 Locust Street, Office 320, Des Moines, Iowa 50309 within 21 days of the date of this notice and motion.

/s/ Charles L. Smith
Charles L. Smith, Trustee, AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
E-mail:  csmith@telpnerlaw.com