**B1040 (FORM 1040) (12/15)**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| | |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| | |

**PARTY** (Check One Box Only)
□ Debtor □ U.S. Trustee/Bankruptcy Admin
□ Creditor □ Other
□ Trustee

**PARTY** (Check One Box Only)
□ Debtor □ U.S. Trustee/Bankruptcy Admin
□ Creditor □ Other
□ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
□ 11-Recovery of money/property - §542 turnover of property
□ 12-Recovery of money/property - §547 preference
□ 13-Recovery of money/property - §548 fraudulent transfer
□ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
□ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
□ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
□ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
□ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
□ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
□ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
        actual fraud
□ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
□ 61-Dischargeability - §523(a)(5), domestic support
□ 68-Dischargeability - §523(a)(6), willful and malicious injury
□ 63-Dischargeability - §523(a)(8), student loan
□ 64-Dischargeability - §523(a)(15), divorce or separation obligation
        (other than domestic support)
□ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
□ 71-Injunctive relief – imposition of stay
□ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
□ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
□ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
□ 01-Determination of removed claim or cause

**Other**
□ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
□ 02-Other (e.g. other actions that would have been brought in state court
        if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Nicole Hughes | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 24-01113-lmj7 |
| DWIGHT ANTHONY REED, | ) | |
| Debtor. | ) | |
| _____ | ) | ADVERSARY PROCEEDING |
| | ) | NO. _____ |
| CHARLES L. SMITH, Trustee | ) | |
| Plaintiff, | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| DWIGHT ANTHONY REED, JW REED | ) | |
| CHRISTIAN ACADEMY, INC, AON | ) | |
| STUDIOS, LLC, APOSTOLIC | ) | |
| ONENESS NETWORK, LLC, | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW, Charles L. Smith ("Trustee"), by and through his attorney, and for this Complaint respectfully states as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 157 and 1334, 11 U.S.C. § 542, 544(b), 549, 550, 551 and F.R.B.P. 7001.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      Venue is proper in this adversary proceeding pursuant to 28 U.S.C. § 1409.

4.      On August 2, 2024, Dwight Anthony Reed ("Debtor") filed a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Iowa.

5.      On August 27, 2024, Debtor voluntarily converted his case to Chapter 11.

6. On May 15, 2025, this Court entered an Order converting Debtor's case to Chapter 7.

7. On that same day, Trustee was appointed Trustee in Debtor's Chapter 7 case and continues to serve in that capacity.

8. Defendant JW Reed Christian Academy, Inc. ("JW Reed Christian Academy") is an Iowa corporation, incorporated on December 27, 2018 with its principal place of business located at 1619 E. University Avenue, Des Moines, Iowa, 50316.

9. Defendant AON Studios, LLC ("AON Studios") is an Iowa limited liability company, organized on February 28, 2020 with its principal place of business located at 1725 E. University Avenue, Des Moines, Iowa, 50316.

10. Defendant Apostolic Oneness Network, LLC ("Apostolic Oneness Network") is an Iowa limited liability company, organized on July 9, 2004 with its principal place of business located at Post Office Box 1681, Des Moines, Iowa, 50305.

11. Apostolic Oneness Network allegedly merged into AON Studios, LLC on January 1, 2023 as recited in the State of Merger of Apostolic Oneness Network, LLC With and Into AON Studios, LLC filed with the Iowa Secretary of State on July 7, 2025 (Cert No. W01406008).

**FACTUAL ALLEGATIONS**

12. On August 1, 2024 (the day before filing his voluntary pro se Chapter 13 case), Debtor entered into a Loan Agreement ("Loan Agreement") with JW Reed Christian Academy through which JW Reed Christian Academy promised to pay Debtor $700,000.00 in monthly installments of $11,666.67.

2

13.     On September 9, 2024, Debtor signed Schedules, under penalty of perjury, listing as an asset "J.W. Reed Christian Academy owes Dwight A. Reed $700,000.00 to repay loan" with a value of $700,000.00 (See Schedule A/B, #30 at Doc. 24).

14.     On those same schedules, Debtor listed income of $11,666.67 per month from "J.W. Reed Christian Academy Loan Repayments" (See Schedule I, #8h at Doc. 24).

15.     On May 15, 2025, as noted above, the Court converted Debtor's case to Chapter 7.

16.     Upon the conversion of Debtor's case to Chapter 7, the debt from JW Reed Christian Academy to Debtor became property of the bankruptcy estate under the supervision of Trustee.

17.     On June 1, 2025 (less than 3 weeks after conversion to Chapter 7), AON Studios, LLC (through Debtor as CEO) enters into an Amended and Restated Loan Agreement and Promissory Note ("Amended Loan Agreement") with JW Reed Christian Academy stating that "AON Studios, LLC ("Lender") has acquired the rights and interests of the Original Lender under the Original Loan Agreement; and WHEREAS, the parties wish to amend and restate the terms of the Original Loan Agreement…"

18.     Through the Amended and Restated Loan Agreement and Promissory Note, Debtor (through AON Studios) attempts to change the lender, the principal amount owed, and the amount of the monthly payments as well as add collateral.

19.     Since Debtor was not a party to the Amended Loan Agreement, Debtor's rights in the Loan Agreement were not transferred to AON Studios.

3

COUNT I.

**TURNOVER**

20.     Trustee incorporates paragraphs 1 – 18 of the Complaint as part of this Count.

21.     Pursuant to 11 U.S.C. § 542, Trustee alleges that the funds owed by JW Reed Christian Academy to Debtor pursuant to the Loan Agreement as of May 15, 2025 constitute property of the estate and should be turned over to the Trustee.

22.     Trustee requests an Order requiring JW Reed Christian Academy to turn over the amount owed pursuant to the Loan Agreement as of the date of conversion to Chapter 7 ($700,000.00 minus any payments that JW Reed Christian Academy can show were made between August 1, 2024 and May 15, 2025) to Trustee.

23.     Trustee requests an Order requiring Debtor to turn over all funds he received from JW Reed Christian Academy since the date of conversion to Chapter 7.

WHEREFORE, Trustee prays that this Court enter Orders directing JW Reed Christian Academy to turn over the amount owed to Debtor pursuant to the Loan Agreement as of May 15, 2025 and Debtor to turn over all funds he received from JW Reed Christian Academy since May 15, 2025, and for such other and further relief as the Court deems just and proper.

COUNT VII.

**POSTPETITION TRANSACTIONS PURSUANT TO
11 U.S.C. § 549**

24.     Trustee incorporates paragraphs 1 – 18 of the Complaint as part of this Count.

4

25. If the Court finds that Debtor transferred his rights in the Loan Agreement to AON Studios, said transfer constitutes a post-petition transfer voidable under 11 U.S.C. Sec. 549.

26. Apostolic Oneness Network allegedly merged into AON Studios, LLC on January 1, 2023.

WHEREFORE, Trustee prays that this Court enter an Order avoiding the aforesaid transfer, and order AON Studios and Apostolic Oneness Network to immediately turn over to the Trustee any funds received from JW Reed Christian Academy since the purported transfer, and for such costs incurred herein, and for such other and further relief as the Court deems just and proper.

/s/ Nicole Hughes
Nicole Hughes, AT0002263
Emily Dean, AT0016069
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946
E-mail:  nhughes@telpnerlaw.com
E-mail:  edean@telpnerlaw.com