IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DWIGHT A. REED,<br><br>Debtor. | Chapter 13 Bankruptcy<br>Case no. 24-01113<br><br>NOTICE OF APPEARANCE AND WITHDRAWAL |

COMES NOW, the undersigned counsel and hereby enters his appearance in this case on behalf of the Iowa Department of Revenue and, pursuant to Bankruptcy Rule 2002, requests to receive all notices filed in this case by email to the below address.

Dated: February 16, 2026

BRENNA BIRD
Attorney General of Iowa

/s/ Steve Ginther
STEVE GINTHER
Iowa Bar # AT0015847
Assistant Attorney General
Hoover State Office Building
Des Moines, IA 50319
Telephone: (515) 415-2177
Facsimile: (515) 281-4209
Email: steve.ginther@ag.iowa.gov
Attorney for Iowa Department of Revenue

John T.M. Whiteman, Assistant Attorney General, respectfully requests this Court to allow him to withdraw as counsel for the Iowa Department of Revenue in the above-entitled matter.

BRENNA BIRD
Attorney General of Iowa

/s/ John T.M. Whiteman
JOHN T.M. WHITEMAN
Iowa Bar #AT0014576
Assistant Attorney General
Hoover State Office Building
Des Moines, IA 50319
Telephone: (515) 343-4679
Facsimile: (515) 281-4209
Email: john.whiteman@ag.iowa.gov
Attorney for Iowa Department of Revenue

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of February, 2026, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices, including but not limited to counsel for the Debtor.

/s/ Teresa Corbin
Teresa Corbin