**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In Re: | ) Case No. 24-01113 |
| | ) |
| DWIGHT ANTHONY REED, | ) Chapter 7 (Converted from Ch. 11) |
| | ) |
| Debtor. | ) Hon. Lee M. Jackwig |
| | ) |
| | ) **SUBSTITUTION OF ATTORNEY** |
| | ) |

Dwight Anthony Reed, Debtor herein, hereby substitutes out current Counsel, Jeffrey D. Goetz, Esq., and the law office of Dickinson, Bradshaw, Fowler, and Hagen, P.C., of 801 Grand Avenue, Suite 3700, Des Moines, Iowa, 50309-8004, (515) 246-5817. Dwight Anthony Reed, Debtor, of P.O. Box 1681, Des Moines, Iowa, 50315, (515) 723-5379, will represent himself *in pro per* in place of Jeffrey D. Goetz, Esq. and the Dickinson, Bradshaw, Fowler, and Hagen, P.C., Law Firm, in Case No. 24-01113 and in the Adversary Proceeding Case No. 26-30004.

Dated: May 7, 2026

*/s/ Dwight Anthony Reed*
Dwight Anthony Reed

I consent to substitute out.

Dated: May 7, 2026

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq.

I consent to substitute in.

Dated: May 7, 2026

*/s/ Dwight Anthony Reed*
Dwight Anthony Reed

**CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated this 19th day of May, 2026.

*/s/ _Brenda Mozena*